# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ABEINSA HOLDING INC., *et al.*, | Case No. 16-10790 (KJC) |
| Debtors.[1] | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

## INTRODUCTION

Abeinsa Holding Inc.; Abeinsa EPC LLC; Inabensa USA, LLC; Abener Construction Services, LLC; Abener North America Construction, LP; Abeinsa Abener Teyma General Partnership; Abener Teyma Mojave General Partnership; Abener Teyma Inabensa Mount Signal Joint Venture; Teyma USA & Abener Engineering and Construction Services General Partnership; Teyma Construction USA, LLC; and Abener Teyma Hugoton General Partnership, as debtors and debtors in possession in the above-captioned chapter 11 cases (and with their affiliated debtors, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware (collectively, the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of each Debtor's

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Abengoa US Holding, LLC (6871); Abengoa US, LLC (9573); Abengoa US Operations, LLC (1268); Abeinsa Holding Inc. (9489); Abeinsa EPC LLC (1176); Abencor USA, LLC (0184); Abener Construction Services, LLC (0495); Abener North America Construction, LP (5989); Inabensa USA, LLC (2747); Nicsa Industrial Supplies LLC (9076); Teyma Construction USA, LLC (0362); Abeinsa Abener Teyma General Partnership (2513); Abener Teyma Mojave General Partnership (2353); Abener Teyma Inabensa Mount Signal Joint Venture (9634); Teyma USA & Abener Engineering and Construction Services General Partnership (6534); Abener Teyma Hugoton General Partnership (7769); Abengoa Solar, LLC (6696); Abengoa Bioenergy Biomass of Kansas (1119); Abengoa Bioenergy Hybrid of Kansas, LLC (9711); Abengoa Bioenergy Technology Holding, LLC (7424); Abengoa Bioenergy New Technologies, LLC (8466).

Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent at its respective Petition Date (as defined herein) or at any time prior to its Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent at its respective Petition Date or any time prior to its Petition Date.

José Fernando Giráldez Ortiz, a director of Abeinsa Holding Inc., has signed the Schedules and Statements on behalf of Abeinsa Holding Inc.  Mr. Giráldez is an authorized signatory for Abeinsa Holding Inc.  In reviewing and signing the Schedules and Statements, Mr. Giráldez necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors.  Mr. Giráldez has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Borja Navarro Fernandez, the Chief Executive Officer and President of Abeinsa Business Development, has signed the Schedules and Statements on behalf of Abener Construction Services, LLC and Abener North America Construction, LP.  Mr. Navarro is an authorized signatory for Abener Construction Services, LLC and Abener North America Construction, LP. In reviewing and signing the Schedules and Statements, Mr. Navarro necessarily has relied upon

the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Navarro has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Emilio Rodriguez Izquierdo, the Chief Executive Officer of Inabensa USA LLC, has signed the Schedules and Statements on behalf of Inabensa USA LLC. Mr. Rodriguez is an authorized signatory for Inabensa USA LLC. In reviewing and signing the Schedules and Statements, Mr. Rodriguez necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Rodriguez has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Sebastian Felicetti, the Treasurer of Abeinsa EPC LLC, has signed the Schedules and Statements on behalf of Abeinsa EPC LLC, Abeinsa Abener Teyma General Partnership (abbreviated from time to time on the Schedules and Statements as "AAT"), Teyma USA & Abener Engineering and Construction Services General Partnership (abbreviated from time to time on the Schedules and Statements as "Solana"), Teyma Construction USA, LLC, and Abener Teyma Hugoton General Partnership (abbreviated from time to time on the Schedules and Statements as "Hugoton"). Mr. Felicetti is an authorized signatory for Abeinsa EPC LLC, Abeinsa Abener Teyma General Partnership, Teyma USA & Abener Engineering and Construction Services General Partnership, Teyma Construction USA, LLC, and Abener Teyma Hugoton General Partnership. In reviewing and signing the Schedules and Statements, Mr. Felicetti necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Felicetti has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Javier Ramirez, the Treasurer of Abeinsa Holding Inc., has signed the Schedules and Statements on behalf of Abener Teyma Mojave General Partnership (abbreviated from time to time on the Schedules and Statements as "Mojave") and Abener Teyma Inabensa Mount Signal Joint Venture (abbreviated from time to time on the Schedules and Statements as "Mount Signal"). Mr. Ramirez is an authorized signatory for Abener Teyma Mojave General Partnership and Abener Teyma Inabensa Mount Signal Joint Venture. In reviewing and signing the Schedules and Statements, Mr. Ramirez necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Ramirez has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "As Of" Information Date**.  On March 29, April 6 and April 7, 2016 (the "Petition Dates," and each a "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.[2]  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   On March 31, 2016, the Bankruptcy Court entered an order directing joint administration of certain of the Debtors' chapter 11 cases [D.I. 5].  On April 11, 2016, the Bankruptcy Court entered an order directing supplemental joint administration of all of the Debtors' chapter 11 cases [D.I. 67].  No party has requested the appointment of a trustee or examiner in these

---

[2] Abeinsa Holding Inc.; Abengoa Solar LLC; Abeinsa EPC LLC; Abencor USA, LLC; Inabensa USA, LLC; Nicsa Industrial Supplies, LLC; Abener Construction Services, LLC; Abener North America Construction, LP; Abeinsa Abener Teyma General Partnership; Abener Teyma Mojave General Partnership; Abener Teyma Inabensa Mount Signal Joint Venture; Teyma USA & Abener Engineering and Construction Services General Partnership; and Teyma Construction USA, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on March 29, 2016.  Abener Teyma Hugoton General Partnership; Abengoa Bioenergy Hybrid of Kansas, LLC; Abengoa Bioenergy New Technologies, LLC; Abengoa Bioenergy Biomass of Kansas, LLC; and Abengoa Bioenergy Technology Holding, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on April 6, 2016. Abengoa US Holding, LLC; Abengoa US, LLC; and Abengoa US Operations, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on April 7, 2016.

chapter 11 cases.  On April 13, 2016, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors in these chapter 11 cases [D.I. 74].

The asset and liability information provided herein represents the data of the Debtors as of the close of business on March 31, 2016, except as otherwise noted.  \

3.  **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the appropriate Petition Date.  Additionally, because the book values of assets, including those such as intellectual property and accounts receivable, may materially differ from their fair market values, they may be listed as undetermined amounts as of the appropriate Petition Date.  Furthermore, values for assets that have been fully depreciated or that were expensed for accounting purposes may not appear in these Schedules and Statements or may be listed with a value of $0 as they have no net book value.

4.  **Recharacterization**.   Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the appropriate Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.  **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation,

goodwill, accrued salaries and employee benefit accruals.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist or are anticipated to or may accrue at some time in the future.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding pre-Petition Date Claims post-petition.  Prepetition liabilities that have been or may be paid post-petition under existing authorizations or any authorization that may be approved by the Bankruptcy Court after the date hereof may have been excluded from the Schedules and Statements.

7. **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) persons in control of the Debtors, (d) affiliates, and (e) relatives of the Debtors' directors, officers or persons in control of the Debtors.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code or otherwise under applicable law. Further, the listing of a party as an "insider" is not intended to be, nor shall be, construed as a legal characterization or determination of such person as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved.  Moreover, the Debtors do not take any position with respect to (a) any insider's or Person's influence over the control of the Debtors, (b) the management responsibilities or functions of any such insider, (c) the decision making or corporate authority of any such insider, or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**.  Exclusion or omission of certain intellectual property shall not be construed as an admission that such intellectual property rights do not exist, have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Furthermore, the Debtors have made diligent efforts to discern whether any Debtor owns intellectual property outright or whether all or a portion of any intellectual property is licensed from a third party.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts**.  Although the Debtors made diligent attempts to identify contracts and leases as executory and unexpired within the scope of section 365 of the Bankruptcy Code and to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors'

businesses.  Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G.

10. **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedules E or F as "priority," (c) a Claim on Schedules E or F as "unsecured," or (d) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract or lease or to setoff of such Claims.

11. **Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that liability for and amount of such Claim is not "disputed," "contingent," and/or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability, amount or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors. Finally, listing a Claim that has been or may be paid post-Petition Date does not negate the effect of the payment of such Claim, or entitle the holder of any such Claim to double payment on account of such Claim.

12. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, liquidated or unliquidated, fixed or contingent, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Dates, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action, nor may the Schedules and Statements be used in any litigation in these or related to these chapter 11 cases.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

a. <u>Undetermined Amounts</u>. The description of an amount or value as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount or value.

b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. <u>Paid Claims</u>. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by, satisfied by, or omitted on account of post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

d. <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment, unless otherwise provided.

14. **<u>Currency</u>**. Unless otherwise indicated, all amounts are reflected in U.S. dollars. Foreign denominations have been converted to U.S. dollars using the applicable exchange rate as of the date of payment.

15. **<u>Intercompany</u>**. Intercompany payables and receivables between the Debtors are set forth on Schedules E/F and A/B, as applicable.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, value, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16. **<u>Setoffs</u>**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, rebates,

warranties, debit memos, contract allowances, credits, and other disputes between the Debtors and their suppliers or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Employee Addresses**.  Employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

18. **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**Schedules Summary.** Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of March 31, 2016, and the liability information provided herein represents the Debtors' data regarding their liabilities as of March 31, 2016.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each of the Debtors on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contained unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Debtor's respective Petition Date or at any time before the Debtor's respective Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Debtor's respective Petition Date or at any time before the Debtor's respective Petition Date.

Abeinsa Holding Inc. and Teyma Construction USA, LLC have entered into a Business Management Agreement dated as of December 31, 2012, under which certain of the assets and liabilities of Abeinsa Holding Inc. that could not be transferred and/or assumed by Teyma Construction USA, LLC at the time of the agreement, were to be treated as having been transferred to Teyma Construction USA, LLC for financial account purposes and U.S. federal income tax purposes. As a result, certain of the asset and liabilities of Abeinsa Holding Inc. are reflected on the Schedules of Teyma Construction USA, LLC in accordance with the books and

records of Teyma Construction USA, LLC. Teyma Construction USA, LLC has no legal ownership in either Abener Teyma Mojave General Partnership or Abener Teyma Inabensa Mount Signal Joint Venture, however, Teyma Construction USA, LLC receives the financial benefit and burden from these entities by virtue of the Business Management Agreement entered into with Abeinsa Holding Inc.

**Schedules A/B.**  The Debtors are party to a significant number of executory contracts and unexpired leases. Therefore, in an effort to avoid duplication, the Debtors have provided a list of such executory contracts and unexpired leases on Schedule G only.

**Part 1.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of an Order (a) Authorizing the Debtors to (i) Continue Using Their Existing Cash Management System and (ii) Maintain Existing Bank Accounts and Business Forms; (b) Authorizing Continued Intercompany Claims; and (c) Granting Postpetition Intercompany Claims and Administrative Expense Priority*, filed on March 29, 2016 [D.I. 10] (the "Cash Management Motion") and the *Notice of Amended Schedules and Exhibits to the First Day Motions* filed on April 18, 2016 [D.I. 91].  The bank account balances listed are as of the Debtor's respective Petition Date.

**Part 2.**  The Bankruptcy Court, pursuant to the *Final Order (i) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Establishing Procedures for Resolving Objections by Utility Companies, and (iii) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service*, entered on April 27, 2016 [D.I. 131], has authorized the Debtors to provide adequate assurance of payment for future utility services, including establishing one or more utility deposit accounts.  Such deposits are not listed on Schedule A/B, which reflects deposits as of the Debtor's respective Petition Date.

Additionally, the pre-payments and deposits to affiliated parties have been reconciled but may be subject to material changes in the balance.

**Part 11.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, refunds with, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, claims or cross-claims as a plaintiff or counter claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Dates, they are not listed on Schedule A/B.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, value, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection,

or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided in Schedule D are solely intended to be a summary—and not an admission—of liability.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, value, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Debtors' respective Petition Dates. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Although there are multiple parties that hold a portion of the debt included in the Debtors' Capital Structure[3], only the administrative agents have been listed for purposes of the Schedules. The amounts outstanding under the Debtors' Capital Structure reflect approximate amounts as of the Petition Dates.

**Schedule G**. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and reasonable commercial efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable commercial efforts. Listing a contract or

---

[3] *See Declaration of William H. Runge, III in Support of Chapter 11 Petitions and First Day Pleadings*[D.I. 3] and *Supplemental Declaration of William H. Runge, III in Support of Supplemental Joint Administration Motion* [D.I. 58].

agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Debtor's respective Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or characterization of any contract, agreement, or lease set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G notwithstanding that any such agreement may be executory.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or, multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed therein shall be deemed to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such counterparty.

The Debtors reserve all of their rights, claims, and Causes of Action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.  Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute,

including the defense of the statute of frauds.  Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity or enforceability of any such contract or that such contract is an executory contract or unexpired lease.  The Debtors reserve all of their rights to dispute the effectiveness of any contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**.  Debtors Teyma Construction USA, LLC; Abener Construction Services, LLC; Abener North America Construction, LP; Inabensa USA, LLC; and Abeinsa EPC LLC (collectively, the "Partners") are partners/members of various affiliated debtor and non-debtor partnerships and one joint venture (the "Partnerships") as fully set forth in the *Declaration of William H. Runge, III in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 3]. As such, certain of the Partners/members may be jointly and severally liable for the outstanding debt obligations of their respective Partnerships. For the purposes of Schedule H, the Debtors have identified the Partners as co-debtors of the Partnerships' debts. Where the debt amounts are specified in the books and records, and therefore on the Schedules and Statements of the Partnership, the Debtors have scheduled the debt on the Partners' Schedules and Statements as contingent. Where a debt amount is not expressly set forth in the Schedules and Statements, the Debtors have listed the debt on the Partners' Schedules and Statements as unliquidated, disputed and contingent. The Debtors reserve all rights with respect to any partner liability for the debts of any Partnership.

There are multiple lenders under the Debtors' Capital Structure, only the administrative agents have been listed on Schedule H.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

**Statement 1.** Teyma USA & Abener Engineering and Construction Services General Partnership is reviewing certain information regarding the margins of the Solana thermal solar energy power plant located near Gila Bend, Arizona (the "Solana Project") and expect that the gross profit calculation on the Solana Project will be reduced materially. The Debtors will make appropriate disclosures in such scenario.

**Statement 2**. Due to the international nature of the Debtors businesses, the Debtors may hold cash in a number of different currencies. The amounts reflected on Statement 2 do not include the revenue recognized from currency fluctuations.

**Statement 3**.  Disbursements made on account of multiple invoices may be reflected as a single payment.  All disbursements listed in Statement 3 are made through the Debtors' cash management system as described more fully in the Cash Management Motion.

Payments related to prepetition obligations that were issued in the prepetition period, but not honored (pursuant to Court order as described in the Cash Management Motion) until the postpetition period are not included in the response to Statement 3c. These payments are *de minimis* in amount and detail relating to these payments can be made available, as appropriate, upon request.

**Statement 4/30.** Due to the complex corporate structure and distributed nature of operations of the Debtors and their non-debtor affiliates, the Debtors' accounting systems contain numerous intercompany transactions, some of which may be categorized as transfers, payments, distributions, or withdrawals credited to or made for the benefit of the insiders of the Debtors, while others are simply cost-accounting allocation entries. The Debtors are in the process of reviewing and itemizing intercompany transactions. However, due the volume and complexity of that task, it could not have been completed in time for filing these Statements. The Debtors continue to work diligently on identifying transfers, payments, distributions, or withdrawals responsive to Statements 4/30 and will provide the results as soon as they become available. Further, the expense reports of insiders reported herein do not include expenses made with corporate credit cards.

**Statement 10.** The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes. Therefore, some losses may have been excluded.

**Statements 22/23/24**. The Debtors have operated in many locations over an extended period of time.  For certain current or former locations, the Debtors may no longer be in possession of complete records or records that are reasonably accessible and reviewable. In addition, certain individuals who possessed responsive information are no longer employed by the Debtors. For these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" that could potentially be responsive to Statements 22/23/24 going back to the beginning of the Debtors' operations at every site.  The Debtors have made commercially reasonable efforts to identify all applicable environmental information as required by Statements 22/23/24, with a focus on providing information from recent years and that are still active. These efforts included reviewing the Debtors' environmental records and incorporating the historical knowledge of the Debtors' employees into the Schedules and Statements to the extent applicable and practicable.

Where requested categories of information were not reasonably available for an identified location or proceeding, the Debtors have provided as much information as is reasonably available.  The Debtors' responses do not include proceedings related to non-environmental laws, such as occupational safety and health laws. The Debtors also make routine reports and submissions concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions concerning air emissions. The Debtors' responses to Statements 22/23/24 are limited to those reports and submissions that identify uncontrolled releases and hazardous materials and do not purport to identify all routine reports and submissions. The Debtors believe these efforts

not only satisfy the requirements of Statements 22/23/24, but also satisfy the Debtors' objective of identifying all potential environmental liabilities so that any potential liability is brought to a resolution through these chapter 11 proceedings. To the extent a potential environmental liability has been identified through these efforts, the liability is listed on the applicable Debtor's Schedule F as a "Potential Environmental Claim."  Due to data limitations and the latent nature of potential environmental liabilities, the Debtors acknowledge the possibility that potential environmental liabilities may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve all rights to correct, amend, or supplement the Schedules and Statements as necessary or appropriate.

**Statement 26d**.  Abengoa, S.A., the ultimate parent company of the Debtor, filed quarterly and annual reports with the Securities and Exchange Commission ("SEC") for the preceding two years.  These financial statements are publicly available and may have been used by banks, customers, governmental authorities, suppliers, rating agencies and various other interested parties.

**\* \* \* END OF GLOBAL NOTES \* \* \***

**\* \* \* SCHEDULES OR STATEMENTS BEGIN ON THE FOLLOWING PAGE \* \* \***

**Fill in this information to identify the case:**

Debtor name   Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                      (State)

Case number (If known):   16-10800

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................................................

   $ _____ 22,708,619.80
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................................................

   $ _____ 22,708,619.80
   + undetermined amounts

---

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................

   $ _____ 0.00
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................

   + $ 12,153,687,323.64
   + undetermined amounts

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b

   $ 12,153,687,323.64
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                                 (State)

Case number (If known): __16-10800__

❑ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ❑ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                           $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number
   3.1. See attached rider                                                                      $_____29,206.77
   3.2. _____                    _____      ___ ___ ___ ___      $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. None                                                                                    $_____0.00
   4.2. _____                                $_____

5. **Total of Part 1**                                                                          $_____29,206.77
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____      $_____
   7.2. _____      $_____

Debtor    Teyma Construction USA, LLC _____    Case number (*if known*) 16-10800 _____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____    $_____
    8.2. _____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    | $              0.00 |

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.        Please refer to Debtor's response to
    ☒ Yes. Fill in the information below.    question 77 below.

|  | Current value of debtor's interest |
| --- | --- |

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ | – | _____ | = ....➡ | $_____ |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | – | _____ | = ....➡ | $_____ |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $              0.00 |

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1. None | _____ | $              0.00 |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

| 15.1. See attached rider | _____ % | _____ | $    Undetermined |
| 15.2. _____ | _____ % | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| 16.1. None | _____ | $              0.00 |
| 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $              0.00 |
                                                          | + undetermined amounts |

Debtor    Teyma Construction USA, LLC _____    Case number (*if known*) 16-10800 _____
              Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> | $_____ | | $_____ |

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor     Teyma Construction USA, LLC                      Case number *(if known)*    16-10800
                Name

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Teyma Construction USA, LLC _____     Case number (if known)    16-10800 _____
         Name

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $_____0.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Tradename | $     114,000.00 | Net Book Value | $     Undetermined |
| 61. **Internet domain names and websites**<br>None | $_____ | _____ | $     0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $_____ | _____ | $     0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Relationships | $     165,984.00 | Net Book Value | $     Undetermined |
| 64. **Other intangibles, or intellectual property**<br>None | $_____ | _____ | $     0.00 |
| 65. **Goodwill**<br>Goodwill | $     Undetermined | Net Book Value | $     Undetermined |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $_____0.00 |
    |---|
    | + undetermined amounts |

---

Debtor  Teyma Construction USA, LLC                                Case number (if known)   16-10800
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

None _____    _____ – _____ = ➤    $_____ 0.00
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____    Tax year _____   $_____ 0.00
_____         Tax year _____   $_____
_____         Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See attached rider _____    $_____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____ Undetermined

**Nature of claim**  Potential project-related contractual causes of action

**Amount requested**  $____ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____    $_____ 0.00

**Nature of claim**  _____

**Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

None _____    $_____ 0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See attached rider _____    $_____ 22,679,413.03

_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____ 22,679,413.03
                                                        + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Teyma Construction USA, LLC                                    Case number (if known)    16-10800
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 29,206.77 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ............................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 + undetermined amounts | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 22,679,413.03 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 22,708,619.80 + undetermined amounts | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... | | $ 22,708,619.80 + undetermined amounts |

Debtor Name: Teyma Construction USA, LLC                                        Case Number: 16-10800

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO SANTANDER | Pledged | 3123 | $1,091.80 |
| BANK OF AMERICA | | 9277 | $0.00 |
| BANK OF AMERICA | | 9280 | $0.00 |
| COMERICA BANK | Money Market Account | 3126 | $28,114.97 |
| | | **TOTAL** | **$29,206.77** |

Debtor Name: Teyma Construction USA, LLC                                              Case Number: 16-10800

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Abacus Project Management, LLC | 100 | N/A | Undetermined |
| Teyma USA & Abener Engineering and Construction Services General Partnership | 50 | N/A | Undetermined |
| Abener Teyma Hugoton General Partnership | 50 | N/A | Undetermined |
| Abeinsa Abener Teyma General Partnership | 49.5 | N/A | Undetermined |
| Abener Teyma Mojave General Partnership | 50 | N/A | Undetermined |
| Abener Teyma Inabensa Mount Signal Joint Venture | 30 | N/A | Undetermined |
| Abeinsa Abeima Teyma General Partnership | 49.5 | N/A | Undetermined |
| Abeinsa Abener Teyma Reno General Partnership | 49.5 | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Teyma Construction USA, LLC has no legal ownership in either Abener Teyma Mojave General Partnership or Abener Teyma Inabensa Mount Signal Joint Venture, however, Teyma Construction USA, LLC holds the financial benefit and certain liabilities from these entities by virtue of an agreement with Abeinsa Holding Inc.

Debtor Name: Teyma Construction USA, LLC                                                    Case Number: 16-10800

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AMERICAN GUARANTEE & LIABILITY INS. | Comm. Umbrella | AUC5571450 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Comm. Automobile | BAP5921453 | Undetermined |
| LEXINGTON INSURANCE CO. | Comm. General Liability | 27712390 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Comm. Management Liability | 596602671 | Undetermined |
| TRAVELERS PROPERTY CASUALTY INS. CO. | Property/Inland Marine | QT6601G915786TIA15 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Foreign Package | ZE0176761 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers' Compensation | WC9847571 | Undetermined |
| QBE SPECIALTY INSURANCE CO. | Directors & Officers | QPL0183231 | Undetermined |
| ALLIED WORLD ASSURANCE INC. | Excess Directors & Officers | 3100491 | Undetermined |
| AIG EUROPE LIMITED | Directors & Officers (ABG Policy) | EA13DO1182 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers Compensation (Wrap-up Carty) | WC 6221173 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | General Liability (Wrap-up Carty) | GLO 6221172 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:        Teyma Construction USA, LLC                    Case Number:        16-10800

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---:|
| Intercompany Receivable - Abeinsa EPC LLC | $12,653,845.22 |
| Intercompany Receivable - Abeinsa Holding Inc. | $2,598,065.86 |
| Intercompany Receivable - Abeinsa LLC | $1,000.00 |
| Intercompany Receivable - Abencor USA LLC | $35,258.98 |
| Intercompany Receivable - Abener North America Construct. Serv., LP | $146,832.16 |
| Intercompany Receivable - Abener Teyma Mojave General Partnership | $135,000.00 |
| Intercompany Receivable - Abengoa S.A. | $6,045,474.63 |
| Intercompany Receivable - Inabensa USA | $198,942.49 |
| Intercompany Receivable - Teyma USA & Abener Engineering and Construction Services Partner | $864,993.69 |
| **TOTAL** | **$22,679,413.03** |

**Fill in this information to identify the case:**

Debtor name  Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
                                                            (State)

Case number (If known):  16-10800 _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1**  **Creditor's name**
ARIZONA BANK AND TRUST

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
2036 E. CAMELBACK ROAD
PHOENIX, AZ 85016

**Describe the lien**
Delaware UCC Financing Statement Number 2013 4702164
dated 11/27/2013.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2**  **Creditor's name**
CALIFORNIA BANK AND TRUST

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
550 S. HOPE STREET, SUITE 300
LOS ANGELES, CA 90071

**Describe the lien**
Delaware UCC Financing Statement Number 2014 0693473
dated 02/21/2014.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____ 0.00
+ undetermined amounts

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| Part 1: | **Additional Page** | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

**Creditor's name**
COMERICA BANK

**Creditor's mailing address**
1717 MAIN STREET
COMERICA BANK TOWER
MC 6578
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 2013 1174920 dated 03/27/2013.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined   $Undetermined

**2.4**

**Creditor's name**
LIBERTY MUTUAL INSURANCE COMPANY

**Creditor's mailing address**
175 BERKELEY STREET
BOSTON, MA 02116

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 2016 1422755 dated 03/09/2016.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined   $Undetermined

**Fill in this information to identify the case:**

Debtor            Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                            (State)

Case number    16-10800
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

| Debtor | Teyma Construction USA, LLC | | Case number *(if known)* | 16-10800 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                          1,684,280.25
+ undetermined amounts

Potential liability as general partner of AAT - Intercompany
Basis for the claim: Payable

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            184,076.37
+ undetermined amounts

Potential liability as general partner of Solana - Intercompany
Basis for the claim: Payable

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            255,960.51
+ undetermined amounts

Potential liability as general partner of Hugoton - Intercompany
Basis for the claim: Payable

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            610,052.97

Basis for the claim: Intercompany Payable

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
ABEINSA ABEIMA TEYMA GP
3030 N. CENTRAL AVE.
SUITE 808
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            496,758.59

Basis for the claim: Intercompany Payable

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
ABEINSA ABENER TEYMA GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            596,284.18

Basis for the claim: Intercompany Payable

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | $763.45 |
|---|---|---|
| | | + undetermined amounts |

ABEINSA BUSINESS DEVELOPMENT, S.A.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | $172,379.16 |
|---|---|---|
| | | + undetermined amounts |

ABEINSA ENGINEERING SL
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | $1,192,639.93 |
|---|---|---|
| | | + undetermined amounts |

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | $4,491,062.81 |
|---|---|---|
| | | + undetermined amounts |

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | $6,913,976.59 |
|---|---|---|
| | | + undetermined amounts |

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number _(if known)_ 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | | $1,499,714.39 |
|---|---|---|---|

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | | $133,764.23 |
|---|---|---|---|

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | | $348,579.00 |
|---|---|---|---|

ABEINSA INGENIERÍA Y CONSTRUCCIÓN
ENERGÍA SOLAR 1
SEVILLA, 41014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | | $697,836.06 |
|---|---|---|---|
| | | | + undetermined amounts |

ABENCOR USA LLC
3030 N CENTRAL AVE #808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | | $297,606.40 |
|---|---|---|---|
| | | | + undetermined amounts |

ABENCOR USA LLC
3030 N CENTRAL AVE #808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | $122,741.87
+ undetermined amounts

ABENER ENGINEERING AND CONSTRUCTION SERVICES, LLC
14522 S OUTER 40 RD
STE 400
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | $147,501.06

ABENER NORTH AMERICA CONSTRUCT. SERV., LP
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | $894,525.43

ABENER TEYMA HUGOTON GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | $4,497,344.81

ABENER TEYMA MOJAVE GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | $20,306.39
+ undetermined amounts

ABENGOA RESEARCH S.L.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Teyma Construction USA, LLC
_____
Name

Case number *(if known)*  16-10800

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | $141,102,079.65 |
|---|---|---|

+ undetermined amounts

ABENGOA S.A.
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS,
SEVILLE 41014
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | $122,187,719.07 |
|---|---|---|

ABENGOA S.A.
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS,
SEVILLE 41014
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | $30,299,963.25 |
|---|---|---|

ABENGOA VISTA RIDGE, LLC
2600 VIA FORTUNA STE 220
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | $85,161.29 |
|---|---|---|

+ undetermined amounts

ABENGOA WATER S.L.U.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | $508,500.00 |
|---|---|---|

+ undetermined amounts

ABENGOA WATER USA, LLC
2600 VIA FORTUNA, STE 220
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | **Nonpriority creditor's name and mailing address** | $96,016.83

ABENGOA, SA
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS,
SEVILLE 41014
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | $165,389.40
+ undetermined amounts

ACCENT SALES & SERVICE CO., INC.
501 SOUTH VALLEY
KANSAS CITY, KS 66105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | $622,611.65
+ undetermined amounts

ACID PIPING TECHNOLOGY
2890 ARNOLD TENBROOK RD
ARNOLD, MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | $58,970.63
+ undetermined amounts

ACID PIPING TECHNOLOGY
2890 ARNOLD TENBROOK RD
ARNOLD, MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | $Undetermined

ACID PIPING TECHNOLOGY, INC.
ATTORNEYS: HINKLE LAW FIRM, LLC  MARTIN R. UFFORD
MARTIN R. UFFORD
301 N. MAIN STREET, SUITE 2000
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | | $587,026.17 |
|---|---|---|---|
| | | | + undetermined amounts |

ACME CONSTRUCTION SUPPLY CO., INC.
330 SE SALMON STREET
PORTLAND, OR 97214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ACME CONSTRUCTION SUPPLY COMPANY, INC.
330 SE SALMON STREET
PORTLAND, OR 97214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $0.72 |
|---|---|---|---|
| | | | + undetermined amounts |

ADVANCED AMERICAN CONSTRUCTION
PO BOX 83599
PORTLAND, OR 97283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $7,501.91 |
|---|---|---|---|
| | | | + undetermined amounts |

ADVANCED FLEXIBLE SYSTEMS, INC.
P.O. BOX 14156
CHARLESTON, SC 29422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $32,810.89 |
|---|---|---|---|
| | | | + undetermined amounts |

ADVANTAGE ENGINEERING, INC.
769 SPIRIT OF ST LOUIS BLVD
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37**

**Nonpriority creditor's name and mailing address**

AETHER DBS
11385 E 60TH PLACE SOUTH
TULSA, OK 74146

$127,048.60
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**

AETHER DBS, LLC
11385 E 60TH PLACE SOUTH
TULSA, OK 74146

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**

AGENSYND, S.L.
VELAZQUEZ 78, 4 DERECHA
MADRID, 28001 SPAIN

$116,695,400.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

AGENSYND, S.L.
VELAZQUEZ 78, 4 DERECHA
MADRID, 28001 SPAIN

$116,695,400.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41**

**Nonpriority creditor's name and mailing address**

AIRGAS MID-SOUTH, INC.
911 E. PANCAKE BLVD.
LIBERAL, KS 67901

$1,840.85
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** | **Nonpriority creditor's name and mailing address** | | $1,131.93
+ undetermined amounts

AIRGAS, INC.
259 N. RADNOR-CHESTER RD
XX, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | | $61,148.10
+ undetermined amounts

ALSTOM POWER INC.
200 GREAT POND DR
WINDSOR, CT 06095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | | $415,000.00
+ undetermined amounts

AMEC FOSTER WHEELER ENERGIA SLU.
GABRIEL GARCÍA MARQUEZ, 2
LAS ROZAS, 28230 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | | $1,286,068.29
+ undetermined amounts

AMERICAN PIPING PRODUCTS, INC.
18333 WINGS CORPORATE DRIVE
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | | $Undetermined

AMERICAN PIPING PRODUCTS, INC.
ATTN GENERAL COUNSEL
18333 WINGS CORPORATE DRIVE
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | **Nonpriority creditor's name and mailing address** | $313,360.91
+ undetermined amounts

AMERICAN WIRE GROUP
2875 NE 191 STREET, SUITE 305
MIAMI, FL 33180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | $60,000.00
+ undetermined amounts

ANDRITZ SEPARATION, INC.
8070 PRODUCTION DRIVE
FLORENCE, KY 41042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | $8,951.34
+ undetermined amounts

ANIXTER
2509 CASSENS DRIVE
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | $498,465.05
+ undetermined amounts

ANIXTER, INC
2301 PATRIOT BLVD
GLENVIEW, IL 60026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | $754,160.75
+ undetermined amounts

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number _(if known)_ 16-10800 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** | | $67,808.99 |
|---|---|---|---|

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

+ undetermined amounts

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | | $89,473.93 |
|---|---|---|---|

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

+ undetermined amounts

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | | $378,496.95 |
|---|---|---|---|

APOLLO MECHANICAL CONTRACTORS
1207 W COLUMBIA DR
KENNEWICK, WA 99336

+ undetermined amounts

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

APOLLO MECHANICAL CONTRACTORS
1207 W COLUMBIA DR
KENNEWICK, WA 99336

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | | $154,703.10 |
|---|---|---|---|

ARONSON SECURITY GROUP, INC.
600 SW OAKESDALE AVE, #100
RENTON, WA 98057

+ undetermined amounts

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
　　　　　　Name

Case number (if known)  16-10800

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**

**Nonpriority creditor's name and mailing address**

AUSENCO ENGINEERING CANADA
855 HOMER ST
VANCOUVER, BC V6B 2W2 CANADA

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,392.72
+ undetermined amounts

---

**3.58**

**Nonpriority creditor's name and mailing address**

AXIS CRANE, LLC
PO BOX 325
WILSONVILLE, OR 97070

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,690.00
+ undetermined amounts

---

**3.59**

**Nonpriority creditor's name and mailing address**

BANCO FINANTIA RUA GENERAL
ATTN GENERAL COUNSEL
FIRMINO MIGUEL, 5
LISBOA, 1600-100 PORTUGAL

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,013,649.00
+ undetermined amounts

---

**3.60**

**Nonpriority creditor's name and mailing address**

BANCO POPULAR ESPANOL., S.A.
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$137,612,500.00
+ undetermined amounts

---

**3.61**

**Nonpriority creditor's name and mailing address**

BANCO POPULAR ESPANOL., S.A.
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$137,612,500.00
+ undetermined amounts

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | $1,996,796.52 |
|---|---|---|

BANK OF AMERICA
201 E. WASHINGTON ST, 22ND FL.
PHOENIX, AZ 85004

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.63 | **Nonpriority creditor's name and mailing address** | $143,432.23 |
|---|---|---|

BAY INSULATION OF ARIZONA INC
2929 WALKER DR
GREEN BAY, WI 54311

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.64 | **Nonpriority creditor's name and mailing address** | $14,275.00 |
|---|---|---|

BEE IMAGINE LLC
20900 NORMADIE AVE UNIT A
TORRANCE, CA 90502

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.65 | **Nonpriority creditor's name and mailing address** | $8,657.63 |
|---|---|---|

BEFESA
43152
TARRAGONA, KS 43152 SPAIN

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.66 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY
100 FEDERAL ST
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** | Nonpriority creditor's name and mailing address | $Undetermined

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY
100 FEDERAL ST
BOSTON, MA 02110

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | $Undetermined

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY
100 FEDERAL ST
BOSTON, MA 02110

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | $Undetermined

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY
100 FEDERAL ST
BOSTON, MA 02110

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | $62,375.50
| | + undetermined amounts

BETHLEHEM ENTERPRISES S.A.C.
AV. SANTA LUCIA NRO. 237 Z.I. LA AU
, LIMA 03

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | $Undetermined

BETHLEHEM ENTERPRISES, S.A.C.
AV. SANTA LUCIA NRO. 237 Z.I. LA AU
AURORA
LIMA, 00003

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

Debtor     Teyma Construction USA, LLC
           _____
           Name

Case number (if known)___16-10800___

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.72**

**Nonpriority creditor's name and mailing address**

BHI ENERGY I SPECIALTY SERVICES LLC
2005 NEWPOINT PARKWAY
LAWRENCEVILLE, GA 30043

$144,846.49
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.73**

**Nonpriority creditor's name and mailing address**

BIOTHANE, LLC
2500 BROADWAY
CAMDEN, NJ 08104

$36,800.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**

BLACK DIAMOND INDUSTRIAL, LLC
ALEX MITCHELL LAW OFFICE P.A.
ALEXANDER B. MITCHELL, II
5838 W. 21ST STREET NORTH, SUITE 100
WICHITA, KS 67205

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**

BOCCARD PIPE FABRICATORS, INC.
2500 GALVESTON RD
HOUSTON, TX 77017

$59,449.82
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**

BORDER CONSTRUCTION SPECIALTIES, LL
3880 E. BROADWAY RD.
PHOENIX, AZ 85040

$16,049.70
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | $15,000.00 |
|---|---|---|---|
| | | | + undetermined amounts |

BRAHMA GROUP INC
1132 S 500 WEST
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | | $393,007.07 |
|---|---|---|---|
| | | | + undetermined amounts |

BRAHMA GROUP INC
1132 S 500 W
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

BRAHMA GROUP, INC.
MARTIN, PRINGLE, OLIVER WALLACA & BAUER, LLP
100 NORTH BROADWAY, SUITE 500
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | | $230,325.48 |
|---|---|---|---|
| | | | + undetermined amounts |

BRAND ENERGY SOLUTIONS, LLC
2516 E UNIVERSITY DR
PHOENIX, AZ 85034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | | $22,099.35 |
|---|---|---|---|
| | | | + undetermined amounts |

BRI/GOULDS PUMPS
1550 LARKIN WILLIAMS RD
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.82 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

BYRNE SOFTWARE TECHNOLOGIES, INC
1819 CLARKSON ROAD SUITE 200
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.83 | **Nonpriority creditor's name and mailing address** | | $79,341.42 |
|---|---|---|---|
| | | | + undetermined amounts |

C.B.'S LLC
10408 N MCALISTER RD
LA GRANDE, OR 97850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.84 | **Nonpriority creditor's name and mailing address** | | $165,168.09 |
|---|---|---|---|
| | | | + undetermined amounts |

CALDWELL TANKS
4000 TOWER ROAD
LOUISVILLE, KY 40206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.85 | **Nonpriority creditor's name and mailing address** | | $15,130.01 |
|---|---|---|---|
| | | | + undetermined amounts |

CARBIS, INC.
1430 WEST DARLINGTON ST.
FLORENCE, SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.86 | **Nonpriority creditor's name and mailing address** | | $148,438.09 |
|---|---|---|---|
| | | | + undetermined amounts |

CEMTREX, INC.
19 ENGINEERS LANE, SUITE 101
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.87**    **Nonpriority creditor's name and mailing address**          $Undetermined

CEMTREX, INC.
19 ENGINEERS LANE, STE 101
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.88**    **Nonpriority creditor's name and mailing address**          $118,735,000.00

CENTRAL TEXAS REGIONAL WATER SUPPLY CORPORATION
P.O. BOX 160573
AUSTIN, TX 78716

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.89**    **Nonpriority creditor's name and mailing address**          $172,358.68
         + undetermined amounts

CHATTANOOGA BOILER & TANK CO.
1011 E. MAIN ST.
CHATTANOOGA, TN 37408

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.90**    **Nonpriority creditor's name and mailing address**          $13,450.00
         + undetermined amounts

CHRISTOPHER HUTSON CONSULTING
1110 NE 1ST AVE.
FORT LAUDERDALE, FL 33304

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.91**    **Nonpriority creditor's name and mailing address**          $458,414.76
         + undetermined amounts

CIVES CORPORATION
10059 N YELLOWSTONE HWY
IDAHO FALLS, ID 83401

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.92** Nonpriority creditor's name and mailing address $2,275.00
+ undetermined amounts

CLEVER TECNOLOGÍA, S.L.
GLORIETA FERNANDO QUIÑONES, EDIF SN
TOMARES (SEVILLA), 41490 SPAIN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address $Undetermined

COGENT INC. (DBA BRI AND DBA LEE MATHEWS)
SHUTTLEWORTH LAW FIRM LLC
KEITH SHUTTLWORTH
9260 GLENWOOD
OVERLAND PARK, KS 66212

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address $794,656.10
+ undetermined amounts

COLUMBIA RIVER ELECTRIC MAINTENANCE
528 6TH STREET
UMATILLA, OR 97882

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address $Undetermined

COLUMBIA RIVER ELECTRIC MAINTENANCE
528 6TH STREET
UMATILLA, OR 97882

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address $332,140.43
+ undetermined amounts

COLUMBIA RIVER MACHINERY, LLC
3802 S. HIGHLAND
WEST RICHLAND, WA 99353

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor      Teyma Construction USA, LLC
_____
            Name

Case number *(if known)* __16-10800__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**

**Nonpriority creditor's name and mailing address**

COLUMBIA RIVER MACHINERY, LLC
3802 S. HIGHLAND
WEST RICHLAND, WA 99353

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.98**

**Nonpriority creditor's name and mailing address**

CONCRETE SPECIAL TIES
80776 KIK ROAD
HERMISTON, OR 97838

$136,978.21
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.99**

**Nonpriority creditor's name and mailing address**

CONSOLIDATED ELECTRICAL DISTRIBUTOR
1913 WEST ****"A"**** STREET
PASCO, WA 99301

$349,002.27
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.100**

**Nonpriority creditor's name and mailing address**

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC (COLUMBIA
ELECTRIC SUPPLY)
SCOTT HOOKLAN D LLP
9185 S.W. BURNHAM PO BOX 23414
TIGARD, OR 97281

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.101**

**Nonpriority creditor's name and mailing address**

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC (COLUMBIA
ELECTRIC SUPPLY)
SCOTT HOOKLAN D LLP
9185 S.W. BURNHAM PO BOX 23414
TIGARD, OR 97281

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.102** | **Nonpriority creditor's name and mailing address** | | $36,564.69
+ undetermined amounts

CONSOLIDATED SUPPLY CO.
7337 SW KABLE LANE
TIGARD, OR 97224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | | $Undetermined

CONSOLIDATED SUPPLY CO.
7337 SW KABLE LANE
TIGARD, OR 97224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | | $82,254.00
+ undetermined amounts

CONSTRUC. MET MEXICANAS S.A. DE C.V.
AUTOPISTA QUERETARO-CELAYA KM 16 S/N
CALERA DE OBRAJUELO
APASEO EL GRANDE, 38180 MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | | $247,216.49
+ undetermined amounts

CROWN SOLUTIONS, LLC
945 SOUTH BROWN SCHOOL RD.
VANDALIA, OH 45377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | | $22,321.30
+ undetermined amounts

CRYSTAL CLEAR ICE
1005 W. ROSE STREET
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Teyma Construction USA, LLC
_____
          Name

Case number *(if known)*  16-10800

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.107** | Nonpriority creditor's name and mailing address | $195,000.00
+ undetermined amounts

CUMMINS POWER GENERATION
1400 73RD AVENUE NE
FRIDLEY, MN 55432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | $Undetermined

CUMMINS POWER GENERATION, INC.
SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP
JEREMY DAVID SHOOK
1 NORTH BRENTWOOD BLVD, SUITE 800
ST. LOIUS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | $84,993.95
+ undetermined amounts

DESERT SPRINGS BOTTLED WATER CO.
1000 FULLERTON RD
ECHO, OR 97826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | $163,430.23
+ undetermined amounts

DESIGN SPACE MODULAR BUILDINGS, INC
1935 CAMINO VIDA ROBLE, SUITE 210
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | $118.24
+ undetermined amounts

DESIGN SPACE MODULAR BUILDINGS, INC
1935 CAMINI VIDA ROBLE, SUITE 210
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** | **Nonpriority creditor's name and mailing address** | $9,637.38
+ undetermined amounts

DETROIT STOKER
1510 EAST FIRST ST
MONROE, MI 48161

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | $178,015,530.00
+ undetermined amounts

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amount of $400 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | $178,015,530.00
+ undetermined amounts

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amount of $400 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | $25,694.45
+ undetermined amounts

DEUTSCHE BANK AG, NEW YORK BRANCH
60 WALL STREET
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | $450,000,000.00
+ undetermined amounts

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   Teyma Construction USA, LLC
_____
          Name

Case number (if known) 16-10800

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

| 3.117 | **Nonpriority creditor's name and mailing address** | | $450,000,000.00 |
|---|---|---|---|

+ undetermined amounts

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | $550,450,000.00 |
|---|---|---|---|

+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | $550,450,000.00 |
|---|---|---|---|

+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | | $605,495,000.00 |
|---|---|---|---|

+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | | $650,000,000.00 |
|---|---|---|---|

+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|--------|------------------------------|------------------------|----------|
|        | Name                         |                        |          |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122**    **Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$412,837,500.00
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.123**    **Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$300,000,000.00
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.124**    **Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$550,450,000.00
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.125**    **Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$291,738,500.00
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.126**    **Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$650,000,000.00
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.127** | **Nonpriority creditor's name and mailing address** | $605,495,000.00
+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | $291,738,500.00
+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | $300,000,000.00
+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | $412,837,500.00
+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | $550,450,000.00
+ undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

DEVIN OIL CO. INC
650 N 1ST ST UNIT D
HERMISTON, OR 97838

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$158,384.27
+ undetermined amounts

**3.133** Nonpriority creditor's name and mailing address

DIAMOND FIBERGLASS
1036 INDUSTRIAL PARK DR
VICTORIA, TX 77905

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$36,825.28
+ undetermined amounts

**3.134** Nonpriority creditor's name and mailing address

DIAMOND FIBERGLASS
1036 INDUSTRIAL PARK DR
VICTORIA, TX 77905

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Potential liability as general partner of AAT - Potential Lien Claim

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$Undetermined

**3.135** Nonpriority creditor's name and mailing address

DIXIE-SOUTHERN
9135 58TH DRIVE EAST
BRADENTON, FL 34202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$27,742.65
+ undetermined amounts

**3.136** Nonpriority creditor's name and mailing address

DRAKE MATERIALS
5745 N. SCOTTDALE RD, SUITE B.110
SCOTTDALE, AZ 85250

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of Solana - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$25,751.87
+ undetermined amounts

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.137 | **Nonpriority creditor's name and mailing address** | | $10,651.34 |
|---|---|---|---|
| | | | + undetermined amounts |

DURKIN EQUIPMENT COMPANY
CHAFFE ST
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | | $718,086.12 |
|---|---|---|---|
| | | | + undetermined amounts |

DUSTEX CORPORATION
100 CHASTAIN CENTER BLVD. NW SUITE
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

DUSTEX LLC
100 CHASTAIN CENTER BLVD NW
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | | $428,926.62 |
|---|---|---|---|
| | | | + undetermined amounts |

EATON CORPORATION LLC
P.O BOX 83631
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | | $18,377.13 |
|---|---|---|---|
| | | | + undetermined amounts |

ECK ECKROHRKESSEL GMBH
AM TREPTOWER PARK 28
BERLIN, 12435 GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142**

**Nonpriority creditor's name and mailing address**

$56.00
+ undetermined amounts

ECONOMY POWER & INSTRUMENT
10616 SUMMIT
LENEXA, KS 66215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.143**

**Nonpriority creditor's name and mailing address**

$32,870,672.20
+ undetermined amounts

EL INSTITUTO CREDITO OFICIAL
JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS
PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.144**

**Nonpriority creditor's name and mailing address**

$32,870,672.20
+ undetermined amounts

EL INSTITUTO CREDITO OFICIAL
JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS
PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.145**

**Nonpriority creditor's name and mailing address**

$Undetermined

ELLIOT ELECTRICAL SUPPLY, INC.
GILILAND & HAYES, LLC:
CARLOS Z. SMITH, KIETH WITTEN
9225 INDIAN CREEK PARKWAY, SUITE 1070
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.146**

**Nonpriority creditor's name and mailing address**

$44,125.16
+ undetermined amounts

ELLIOTT ELECTRIC SUPPLY
10390 SHADY TRAIL
DALLAS, TX 75220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.147**

| **Nonpriority creditor's name and mailing address** | | $65,045.40 |
|---|---|---|
| | | + undetermined amounts |

EMERSON PROCESS MANAGEMENT
200 BETA DRIVE
PITTSBURGH, PA 15238

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.148**

| **Nonpriority creditor's name and mailing address** | | $110,412.83 |
|---|---|---|
| | | + undetermined amounts |

ERROL L. MONTGOMERY & ASSOC., INC.
1550 E. PRINCE ROAD
TUCSON, AZ 85719

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.149**

| **Nonpriority creditor's name and mailing address** | | $1,159,422.06 |
|---|---|---|
| | | + undetermined amounts |

ETHOSENERGY - WOOD GROUP INC
10455 SLUSHER DR.
SANTA FE SPRINGS, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.150**

| **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|

ETHOSENERGY - WOOD GROUP INC
ATTN GENERAL COUNSEL
10455 SLUSHER DR.
SANTA FE SPRINGS, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.151**

| **Nonpriority creditor's name and mailing address** | | $281.00 |
|---|---|---|
| | | + undetermined amounts |

EUGENE DANA MERWIN - SPECKS
HILLCREST PLAZA 80866 HWY 395 N
HERMISTON, OR 97838

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address**                                   $82,745,845.80
+ undetermined amounts

EUROPEAN INVESTMENT BANK
98-100 BLVD KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**                                   $82,745,845.80
+ undetermined amounts

EUROPEAN INVESTMENT BANK
98-100 BLVD KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**                                   $11,840.00
+ undetermined amounts

EXA ARCHITECTS
4544 E CAMP LOWELL DR. SUITE 146
TUCSON, AZ 85712

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**                                   $34,064.45
+ undetermined amounts

EXPERITEC, INC.
504 TRADE CENTER BLVD.
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**                                   $170.34
+ undetermined amounts

FACILITY GATEWAY CORPORATION
4920 TRIANGLE ST
MC FARLAND, WI 53558

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|--------|------------------------------|---------------------------|----------|
|        | Name                         |                           |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157**

**Nonpriority creditor's name and mailing address**

$9,724.91
+ undetermined amounts

FASTENAL
2055 N. 1ST. AVENUE, STE A
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.158**

**Nonpriority creditor's name and mailing address**

$63,005.08
+ undetermined amounts

FASTENERS INC.
5220 E. BROADWAY
SPOKANE, WA 99212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.159**

**Nonpriority creditor's name and mailing address**

$2,086.71
+ undetermined amounts

FEDEX
P. O. BOX 94515
PALATINE, IL 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.160**

**Nonpriority creditor's name and mailing address**

$1,305.28
+ undetermined amounts

FEDEX - PASADENA, CA
PO BOX 7221
PASADENA, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.161**

**Nonpriority creditor's name and mailing address**

$Undetermined

FHI  PLANT SERVICES INC.
2627 ABELS LANE
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
_____
Name

Case number (if known)___16-10800___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162** | **Nonpriority creditor's name and mailing address** | $375,142.14
+ undetermined amounts

FHI PLANT SERVICES
2672 ABELS LN
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | $297,576.16
+ undetermined amounts

FHI PLANT SERVICES, INC
2672 ABELS LANE
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | $Undetermined

Fidelity and Deposit Company of Maryland
600 RED BROOK BOULEVARD
4TH FL
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Bond No. 9096643 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | $Undetermined

Fidelity and Deposit Company of Maryland
600 RED BROOK BOULEVARD
4TH FL
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 9096642 issued in favor of State of California.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | $828.82
+ undetermined amounts

FLEETCOR TECHNOLOGIES, INC.
420 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167** | **Nonpriority creditor's name and mailing address** | $3,082.98
+ undetermined amounts

FLEETCOR TECHNOLOGIES, INC.
SUITE 100 420 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | $Undetermined

FLOOR FACTORS INC.
C/O JUSTIN STARK (STARK LAW OFFICE LLC)
1631 N.E. BROADWAY, NO. 526
, OR 97232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | $8,177.80
+ undetermined amounts

FLOWSERVE CORPORATION
1909 EAST CASHDAN ST
RANCHO DOMINGUEZ, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | $102,322.00
+ undetermined amounts

FLOWSERVE SPAIN S.L. (SOCIEDAD UNIP
AVDA. FUENTEMAR 26-28 P.I. COSLADA
MADRID, 28823 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | $1,097,646.50
+ undetermined amounts

FLOWSERVE US, INC.
5310 TANEYTOWN PIKE
TANEYTOWN, MD 21787

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.172**    **Nonpriority creditor's name and mailing address**

FREEPORT LOGISTICS
431 N. 47TH AVENUE
PHOENIX, AZ 85043

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,747.86
+ undetermined amounts

---

**3.173**    **Nonpriority creditor's name and mailing address**

GAI - TRONICS CORPORATION
400 400 EAST WYOMISSING AVENUE
MOHNTON, PA 19540

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,316.74
+ undetermined amounts

---

**3.174**    **Nonpriority creditor's name and mailing address**

GANNETT FLEMING, INC.
4722 NORTH 24TH STREET
PHOENIX, AZ 85016

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,150.00
+ undetermined amounts

---

**3.175**    **Nonpriority creditor's name and mailing address**

GAUMER COMPANY, INC.
13616 HEMPSTEAD ROAD
HOUSTON, TX 77040

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,262.94
+ undetermined amounts

---

**3.176**    **Nonpriority creditor's name and mailing address**

GE MOBILE WATER INC
4545 PATENT ROAD
NORFOLK, VA 23502

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$180,938.00
+ undetermined amounts

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** | **Nonpriority creditor's name and mailing address** | $30,219.50
+ undetermined amounts

GENERAL ELECTRIC
4424 WEST SAM HOUSTON PARKWAY NORTH
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | $105,200.00
+ undetermined amounts

GENERAL ELECTRIC INTERNATIONAL INC
4200 WILDWOOD PARKWAY
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | $456,520.39
+ undetermined amounts

GENERAL SUPPLY & SERVICES, INC.
1000 BRIDGEPORT AVENUE, 5TH FLOOR
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | $192.06
+ undetermined amounts

GILA BOTTLES
PO BOX 29
GILA BEND, AZ 85337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | $16,000.00
+ undetermined amounts

GRUPO TRUPUT S.R.L.
YAGUARON 1407 OF 1403
MONTEVIDEO, 11.1 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.182 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

H&E EQUIPMENT SERVICES
TIMOTHY G. SCANLON; KLIEN, DENATALE, GOLDNER,
COOPER, ROSNELIES &* KIMBALL, LLP
4550 CALFIORNIA AVE., 2ND FL
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | | $134.25 |
|---|---|---|---|
| | | | + undetermined amounts |

H2O ENVIRONMENTAL SERVICES
6679 S SUPPLY WAY, BOISE ID 83716
CHANDLER, AZ 85246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | | $323,204.24 |
|---|---|---|---|
| | | | + undetermined amounts |

HANSON PRESSURE PIPE
1003 N. MACARTHUR BLVD
GRAND PRAIRIE, TX 75050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

HARRIS REBAR COLUMBIA BASIN INC.
C/O JOHN P. AHLERS - AHLERS & CRESSMAN PLLC
999 THIRD AVE. SUITE 3800
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

HD SUPPLY
6250 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.187** | **Nonpriority creditor's name and mailing address** | $27,893.29
+ undetermined amounts

HD SUPPLY CONSTRUCTION SUPPLY, LTD.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA, GA 30330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | $1,782.00

HD SUPPLY CONSTRUCTION SUPPLY, LTD.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA, GA 30330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | $301,817.37
+ undetermined amounts

HD SUPPLY-WHITE CAP CONSTRUCTION
6250 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | $427,766.04
+ undetermined amounts

HEAT TREATING INC.
6740 SE 110TH STREET UNIT #508
BELLEVIEW, FL 34420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | $113,640.95
+ undetermined amounts

HILTI, INC.
5400 S 122ND EAST AVENUE
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.192** | **Nonpriority creditor's name and mailing address** | $20,129.24
+ undetermined amounts

IBT INC
9400 WEST 55TH STREET
MERRIAM, KS 66203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.193** | **Nonpriority creditor's name and mailing address** | $18,354.29
+ undetermined amounts

ICON SOLUTIONS
1234 E 37TH STREET NORTH
WICHITA, KS 67219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.194** | **Nonpriority creditor's name and mailing address** | $147,523.96
+ undetermined amounts

IDEMITSU LUBRICANTS AMERICA CORPOR.
701 PORT ROAD
JEFFERSONVILLE, IN 47130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.195** | **Nonpriority creditor's name and mailing address** | $29,065.77
+ undetermined amounts

IDENAYR, S.L.
ILDEFONSO MANUEL GIL 31,9* I
ZARAGOZA, 50018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.196** | **Nonpriority creditor's name and mailing address** | $1,653.00
+ undetermined amounts

ILLINOIS ELECTRIC WORKS
2161 ADAMS ST
GRANITE CITY, IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Teyma Construction USA, LLC          Case number *(if known)* __16-10800__
         Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | $214,123.00 |
| | INABENSA USA<br>3030 N. CENTRAL AVE.<br>SUITE 1207<br>PHOENIX, AZ 85012 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Intercompany Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | $1,642,687.15<br>+ undetermined amounts |
| | INGENIERÍA Y MONTAJES LOINTEK, S.L.<br>AITA GOTZON, 37<br>URDULIZ (VIZCAYA), 48610 SPAIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | $147,691.01<br>+ undetermined amounts |
| | INSTALACIONES INABENSA S.A.<br>CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS<br>41014, SEVILLE<br><br>SPAIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | $30,961.33 |
| | INSTALACIONES INABENSA S.A.<br>CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS<br>41014, SEVILLE<br><br>SPAIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Intercompany Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | $17,542.36<br>+ undetermined amounts |
| | INSTRUMENTACIÓN Y CALIBRACIÓN INDUS<br>P.I. LOS LLANOS C/ EXTREMADURA 145<br>SALTERAS, 41909 SPAIN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.202 | Nonpriority creditor's name and mailing address | | $4,445.90 |
|---|---|---|---|
| | | | + undetermined amounts |

ISCO INDUSTRIES, INC.
926 BAXTER AVENUE
LOUISVILLE, KY 40204

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | | $8,102.89 |
|---|---|---|---|
| | | | + undetermined amounts |

JACK D SHAFER
4112 FISHER AVENUE
MIDDLETOWN, OH 45042

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Potential liability as general partner of Hugoton - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | | $1,532,713.90 |
|---|---|---|---|
| | | | + undetermined amounts |

JANUS FIRE SYSTEMS
1102 RUPCICH DRIVE
CROWN POING, IN 46307

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

JANUS FIRE SYSTEMS
ATTN GENERAL COUNSEL
1102 RUPCICH DRIVE
CROWN POINT, IN 46307

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: Potential liability as general partner of AAT - Potential Lien Claim

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | | $19,312.50 |
|---|---|---|---|
| | | | + undetermined amounts |

JBR1 INDUSTRIAL SERVICES, L.L.C.
4006 N. HWY 16
BAYTOWN, TX 77520

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | | $280,299.36 |
|---|---|---|---|
| | | | + undetermined amounts |

JENIKE & JOHANSON
400 BUSINESS PARK DRIVE
, MA 1879

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.208 | **Nonpriority creditor's name and mailing address** | | $183,175.14 |
|---|---|---|---|
| | | | + undetermined amounts |

JOHNSON MARCH INC.
220 RAILROAD DRIVE
INVYLAND, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.209 | **Nonpriority creditor's name and mailing address** | | $4,606.34 |
|---|---|---|---|
| | | | + undetermined amounts |

JOSE RUIZ GRANADOS
PLAZA DE LA MAGDALENA, 9 PL. 2
SEVILLA, 41001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.210 | **Nonpriority creditor's name and mailing address** | | $553.36 |
|---|---|---|---|
| | | | + undetermined amounts |

KBL INC DBA ABADAN
79 AARON DR
RICHLAND, WA 99352

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.211 | **Nonpriority creditor's name and mailing address** | | $2,230.00 |
|---|---|---|---|
| | | | + undetermined amounts |

KENOCRANE INC
2425 S LEONNINE RD
WICHITA, KS 67217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212**

**Nonpriority creditor's name and mailing address**

KNIGHTHAWK ENGINEERING, INC
KNIGHTHAWK ENGINEERING, INC
HOUSTON, TX 77058

$290.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.213**

**Nonpriority creditor's name and mailing address**

KONECRANES INC
10310-2 PIONEER BLVD
SANTA FE SPRINGS, CA 90670

$350,006.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.214**

**Nonpriority creditor's name and mailing address**

KRIZ DAVIS CO.
2400 W. THIRD ST
GRAND ISLAND, NE 68803

$24,285.81
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.215**

**Nonpriority creditor's name and mailing address**

KUMAR INDUSTRIES
4775 CHINO AVENUE
CHINO, CA 91710

$98,753.23
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.216**

**Nonpriority creditor's name and mailing address**

KUMAR INDUSTRIES INC.
4775 CHINO AVENUE
CHINO, CA 91710

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address** | $4,148,963.00 |
|---|---|---|

+ undetermined amounts

LA CAIXA
CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA
SEVILLA, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.218 | **Nonpriority creditor's name and mailing address** | $4,105,256.63 |
|---|---|---|

+ undetermined amounts

LA CAIXA
CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA
SEVILLA, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.219 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LAMPSON INTERNATIONAL, LLC
RETTIG OSBORNE FORGETTE, LLP
6725 W. CLEARWATER AVENUE
KENNEWICK, WA 99336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.220 | **Nonpriority creditor's name and mailing address** | $288,293.70 |
|---|---|---|

+ undetermined amounts

LAMPSON INTERNATIONAL, LLC.
607 E. COLUMBIA DRIVE
KENNEWICK, WA 99336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.221 | **Nonpriority creditor's name and mailing address** | $4,926.08 |
|---|---|---|

+ undetermined amounts

LEEWARD USA, INC.
80 BROAD STREET SUITE 2103
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|--------|------------------------------|-------------------------------------|
|        | Name                         |                                     |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.222** | **Nonpriority creditor's name and mailing address** | $Undetermined

LENNON CRANE
17131 BEATON RD SE
MONROE, WA 98272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $152,523.50
+ undetermined amounts

LENNON CRANE & EQUIPMENT CO. INC
17131 BEATON RD SE
MONROE, WA 98272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $64,736.31
+ undetermined amounts

LIBERTY INDUSTRIAL GROUP, INC
1132 SOUTH 500 WEST
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $Undetermined

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | $Undetermined

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.227  Nonpriority creditor's name and mailing address
$Undetermined

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

### 3.228  Nonpriority creditor's name and mailing address
$Undetermined

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

### 3.229  Nonpriority creditor's name and mailing address
$Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 017150899 issued in favor of State of California.

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

### 3.230  Nonpriority creditor's name and mailing address
$Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 017150900 issued in favor of State of California.

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

### 3.231  Nonpriority creditor's name and mailing address
$Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 017150853 issued in favor of State of Oregon.

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232** | Nonpriority creditor's name and mailing address | $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150903 issued in favor of Florida Construction Industry Licensing Board.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150858 issued in favor of State of New Mexico.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150859 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150864 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 019048228 issued in favor of Florida Construction Industry Licensing Board.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** Nonpriority creditor's name and mailing address · $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 019048242 issued in favor of State of Nevada.

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.238** Nonpriority creditor's name and mailing address · $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150884, 9130851 issued in favor of Portland General Electric Company

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.239** Nonpriority creditor's name and mailing address · $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150926 issued in favor of Portland General Electric Company

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.240** Nonpriority creditor's name and mailing address · $Undetermined

Liberty Mutual Insurance Company,Fidelity and Deposit Company of Maryland
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Bond No. 017150892,9130854 issued in favor of MMC Contractors National, Inc..

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.241** Nonpriority creditor's name and mailing address · $601,811.24
+ undetermined amounts

LISEGA INC
370 E DUMPLING VALLEY ROAD
KODAK, TN 37764

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | $Undetermined |

LISEGA INC
SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP
121 SW MORRISON, SUITE 1025
PORTLAND, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | $12,121.76 |
| | | + undetermined amounts |

LOGIC
890
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | $24,202.58 |
| | | + undetermined amounts |

LUDVIK ELECTRIC CO
1020 E. UNIVERSITY DR.
PHOENIX, AZ 85034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | $54.91 |
| | | + undetermined amounts |

M&M PORTABLE TOILETS
108 N.MARTIN AVENUE, REARYARD
GILA BEND, AZ 85337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | $5,592.00 |
| | | + undetermined amounts |

MADDEN OIL
211 S KANSAS AVE
LIBERAL, KS 67905

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 50 of 88 |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.247 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

MAINE AUTOMATION
GOODELL, STRATTON EDMONDS & PALMER, LLP
RICHARD J. RAIMOND
515 S. KANSAS AVENUE
TOPEKA, KS 66603

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| 3.248 | **Nonpriority creditor's name and mailing address** | | $131,306.57 |
|---|---|---|---|
| | | | + undetermined amounts |

MAINE AUTOMATION INC.
PO BOX 1302
WESTBROOK, ME 04098

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| 3.249 | **Nonpriority creditor's name and mailing address** | | $3,537.60 |
|---|---|---|---|
| | | | + undetermined amounts |

MATCOR, INC.
101 LIBERTY LANE
CHALFONT, PA 18914

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| 3.250 | **Nonpriority creditor's name and mailing address** | | $233,845.79 |
|---|---|---|---|
| | | | + undetermined amounts |

MATRIX SERVICES, INC.
5100 E. SKELLY DR.
TULSA, OK 74135

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| 3.251 | **Nonpriority creditor's name and mailing address** | | $72,944.00 |
|---|---|---|---|
| | | | + undetermined amounts |

MEAD O'BRIEN, INC.
10800 MIDWEST INDUSTRIAL BLVD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.252**

**Nonpriority creditor's name and mailing address**                                            $Undetermined

MEAD O'BRIEN, INC.
C/O  DOUGLAS M. WEEMS, THOMAS HIATT
1000 WALNUT ST., SUITE 1400
KANSAS CITY, MO 64106-2140

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.253**

**Nonpriority creditor's name and mailing address**                                            $18,862.69
                                                                                      + undetermined amounts

MEAD OBRIEN INC
10800 MIDWEST INDUSTRIAL BOULEVARD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.254**

**Nonpriority creditor's name and mailing address**                                            $58,659.00
                                                                                      + undetermined amounts

METROPOLITAN INDUSTRIES, INC.
37 FORESTWOOD DRIVE
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.255**

**Nonpriority creditor's name and mailing address**                                            $180,531.51
                                                                                      + undetermined amounts

MICHELS CORPORATION
1775 EAST SHADY LANE
NEENAH, WI 54956

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.256**

**Nonpriority creditor's name and mailing address**                                            $2,718.92
                                                                                      + undetermined amounts

MID STATES SUPPLY
4665 E. 31ST ST. S.
WICHITA, KS 67210

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor        Teyma Construction USA, LLC
              _____
              Name

Case number (if known)  16-10800

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.257  **Nonpriority creditor's name and mailing address**

MIGUEZ REIN ING CONSULT S.L.
BATALLA DE BAILEN 4,BLQE 2 5ºC
COLLADO VILLALBA MADRID SPAIN, 28400 SPAIN

**$8,000.00**
+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.258  **Nonpriority creditor's name and mailing address**

MILLER AND SONS WELDING, INC.
61384 DEE COX ROAD
HEPPNER, OR 97836

**$22,241.25**
+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.259  **Nonpriority creditor's name and mailing address**

MILLER INSULATION CO., INC.
2615 INDUSTRY DR.
CHEYENNE, WY 82007

**$Undetermined**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.260  **Nonpriority creditor's name and mailing address**

MISTRAS GROUP, INC.
7820 SOUTH 210TH STREET, SUITE 110
KENT, WA 98032

**$31,128.82**
+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.261  **Nonpriority creditor's name and mailing address**

MMC CONTRACTORS NATIONAL, INC.
C/O DUBOIS, BRYANT & CAMPBELL, LLP
MATTHEW SULLIVAN & DAVID ROWE
700 LAVACA ST., SUITE 1300
AUSTIN, TX 78701

**$8,359,094.00**
+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.262 | **Nonpriority creditor's name and mailing address** | | $64,411.83 |
|---|---|---|---|
| | | | + undetermined amounts |

MOBILE FORCE LLC
5283 SOUTH DESERT VIEW DR.
APACHE JUNCTION, AZ 85220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | | $1,259.50 |
|---|---|---|---|
| | | | + undetermined amounts |

MODULAR SPACE CORPORATION
1200 SWEDESFORD RD
BERWYN, PA 19312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.264 | **Nonpriority creditor's name and mailing address** | | $1,050.00 |
|---|---|---|---|
| | | | + undetermined amounts |

MOTT CORPORATION
84 SPRING LANE
FARMINGTON, CT 06032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.265 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

MURRAY PLUMBING & HEATING CORP.
ARENT FOX LLP
JERROLD ABELES, KAREN VAN ESSEN
555 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.266 | **Nonpriority creditor's name and mailing address** | | $15,698.30 |
|---|---|---|---|
| | | | + undetermined amounts |

NALCO DATA MOBILITY SYSTEMS
358 US ROUTE ONE
FALMOUTH, ME 04105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 54 of 88 |
|---|---|---|

Debtor   Teyma Construction USA, LLC
_____
Name

Case number *(if known)* __16-10800__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.267    **Nonpriority creditor's name and mailing address**        $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.268    **Nonpriority creditor's name and mailing address**        $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.269    **Nonpriority creditor's name and mailing address**        $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.270    **Nonpriority creditor's name and mailing address**        $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.271    **Nonpriority creditor's name and mailing address**        $Undetermined

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor    Teyma Construction USA, LLC
_____
          Name

Case number (if known) __16-10800__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.272 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | | $4,658.96 |
|---|---|---|---|
| | | | + undetermined amounts |

NCSG CRANE & HEAVY HAUL SERVICES
701 NORTH HOOPER
SODA SPRINGS, ID 83276

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.276 | **Nonpriority creditor's name and mailing address** | | $225,921.61 |
|---|---|---|---|
| | | | + undetermined amounts |

NEGOCIOS INDUSTRIALES Y COMERCIALES S.A.
PASEO DE LA CASTELLANA
43
MADRID, 28046 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.277 | **Nonpriority creditor's name and mailing address** | | $274,197.21 |
|---|---|---|---|
| | | | + undetermined amounts |

NEGOCIOS INDUSTRIALES Y COMERCIALES S.A.
PASEO DE LA CASTELLANA
43
MADRID, 28046 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | | $79,376.00 |
|---|---|---|---|
| | | | + undetermined amounts |

NEPTUNE CHEMICAL PUMP COMPANY
295 DEKALB PIKE
NORTH WALES, PA 19454

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | | $5,996.32 |
|---|---|---|---|
| | | | + undetermined amounts |

NEWJAC, INC
415 SOUTH GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | | $38,923.20 |
|---|---|---|---|
| | | | + undetermined amounts |

NEWJAC, INC.
415 S. GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | | $1,847,998.59 |
|---|---|---|---|
| | | | + undetermined amounts |

NEWJAC, INC.
415 S. GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** | **Nonpriority creditor's name and mailing address** | | $1,940,389.95
+ undetermined amounts

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.283** | **Nonpriority creditor's name and mailing address** | | $447,244.19
+ undetermined amounts

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.284** | **Nonpriority creditor's name and mailing address** | | $60,000.00
+ undetermined amounts

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.285** | **Nonpriority creditor's name and mailing address** | | $85,179.77
+ undetermined amounts

NORCO INC
1125 W AMITY RD
BOISE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.286** | **Nonpriority creditor's name and mailing address** | | $Undetermined

NORCO INC.
1125 W AMITY RD
BOISE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287** | **Nonpriority creditor's name and mailing address** | $20,225.00
+ undetermined amounts

NW LININGS & GEOTEXTILE PRODUCTS
21000 77TH AVE S
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | $3,262.00
+ undetermined amounts

NW LININGS & GEOTEXTILE PRODUCTS
21000 77TH AVE S
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | $110,184.09
+ undetermined amounts

NW METAL FABRICATORS
80496 HWY 395 N.
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | $Undetermined

NW METAL FABRICATORS
80496 HWY 395 N.
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | $58.41
+ undetermined amounts

OFFICE FURNITURE SOLUTIONS
12822 W.ALEGRE ROAD DRIVE
LITCHFIELD PARK, AZ 85340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292**

**Nonpriority creditor's name and mailing address**

$101,618.16
+ undetermined amounts

OXARC, INC.
4003 E. BROADWAY
SPOKANE, WA 99202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.293**

**Nonpriority creditor's name and mailing address**

$98,151.58
+ undetermined amounts

P & R METALS, INC.
4017 RICHARD ARRINGTON BLVD. NORTH
BIRMINGHAM, AL 35212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.294**

**Nonpriority creditor's name and mailing address**

$58,315.85
+ undetermined amounts

PACIFIC MECHANICAL SUPPLY
13705 MILLROY PLACE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.295**

**Nonpriority creditor's name and mailing address**

$Undetermined

PACIFIC MECHANICAL SUPPLY
13705 MILROY PLACE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.296**

**Nonpriority creditor's name and mailing address**

$7,547.43
+ undetermined amounts

PACIFIC POWER
825 NE MULTNOMAH ST.
PORTLAND, OR 97232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 60 of 88 |
|---|---|---|

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | **Nonpriority creditor's name and mailing address** | $985.60
+ undetermined amounts

PANHANDLE MAINTENANCE LLC
1111 TENN STREET
BORGER, TX 79007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | $342,282.97
+ undetermined amounts

PATRIOT MODULAR
120 BEARLE STREET
PASADENA, TX 77506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | $2,906.49
+ undetermined amounts

PENDLETON ELECTRIC, CO.
338 NW 57TH DR
, OR 97801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | $18,517.82
+ undetermined amounts

PENTAIR
SUITE 200 10707 CLAY ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | $15,281.91
+ undetermined amounts

PENTAIR
SUITE 200 10707 CLAY ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 61 of 88 |
|---|---|---|

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.302**

| Nonpriority creditor's name and mailing address | | $28,112.00 |
|---|---|---|
| | | + undetermined amounts |

PEPPERL & FUCHS, INC.
1600 ENTERPRISE PARKWAY
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.303**

| Nonpriority creditor's name and mailing address | | $18,089.31 |
|---|---|---|
| | | + undetermined amounts |

PERI FORMWORK SYSTEMS INC.
7135 DORSEY RUN ROAD
ELKRIDGE, MD 21075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.304**

| Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|

PHOENIX NATIONAL LABORATORIES
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.305**

| Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|

PHOENIX NATIONAL LABORATORIES
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.306**

| Nonpriority creditor's name and mailing address | | $422,110.00 |
|---|---|---|
| | | + undetermined amounts |

PHOENIX NATIONAL LABORATORIES INC.
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.307** | **Nonpriority creditor's name and mailing address** | | $3,385.20
+ undetermined amounts

PHOENIX NATIONAL LABORATORIES, INC.
2837 E. CHAMBERS ST.
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | | $26,426.00
+ undetermined amounts

PHOENIX PUMPS, INC.
5100 36TH STREET
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | | $450,635.84
+ undetermined amounts

PINNACLE SALES INC.
530 INDUSTRIAL DRIVE, SUITE #556
NAPERVILLE, IL 60563

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | | $Undetermined

PINNACLE SALES INC.
530 INDUSTRIAL DRIVE, SUITE #556
NAPERVILLE, IL 60563

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | | $14.40
+ undetermined amounts

PIONEER ELECTRIC COOPERATIVE, INC
1850 W OKLAHOMA AVE
ULYSSES, KS 67880

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.312 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

PIONEER INDUSTRIAL CORPORATION
400 RUSSELL BLVD.
ST. LOUIS, MO 63104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | | $18,684.28 |
|---|---|---|---|
| | | | + undetermined amounts |

POLYGON US CORPORATION
BLDG F 15 SHARPNERS POND ROAD
NORTH ANDOVER, MA 01845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | | $2,057,563.24 |
|---|---|---|---|
| | | | + undetermined amounts |

POPULAR
CALLE ALCALA NO. 26 , MADRID ESPAN
MADRID, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Financing Debt Obligation

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | | $2,808.76 |
|---|---|---|---|
| | | | + undetermined amounts |

POWER LINE SOLUTIONS
321 24TH ST.
SAN LEON, TX 77539

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | | $82,000.46 |
|---|---|---|---|
| | | | + undetermined amounts |

PRAXAIR DISTRIBUTION INC
2506 IRVING BLVD
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

Debtor    Teyma Construction USA, LLC
          _____
          Name

Case number (if known) 16-10800

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.317 | Nonpriority creditor's name and mailing address | $65,575.88 |
|---|---|---|

+ undetermined amounts

PROCESS EQUIPMENT & CONTROLS, INC
15954 MAR-LEN ROAD NUM 312
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.318 | Nonpriority creditor's name and mailing address | $37,535.68 |
|---|---|---|

+ undetermined amounts

QUALITY INSPECTION SERVICES, INC.
2011 ROBERTSON DRIVE
RICHLAND, WA 99354

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.319 | Nonpriority creditor's name and mailing address | $1,802.24 |
|---|---|---|

+ undetermined amounts

RALPH'S CONCRETE PUMPING INC.
1529 RAINIER AVE S
SEATTLE, WA 98144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.320 | Nonpriority creditor's name and mailing address | $4,458.91 |
|---|---|---|

+ undetermined amounts

RED-D-ARC INC.
7315 NE 43 AVE
VANCOUVER, WA 98661

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.321 | Nonpriority creditor's name and mailing address | $15,662.75 |
|---|---|---|

+ undetermined amounts

REFINER PRODUCTS MANUFACTURING
10807 HASTINGS MILLS LANE
CHARLOTTE, NC 28277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.322** | **Nonpriority creditor's name and mailing address** | $625,178.83
+ undetermined amounts

RESOURCE WEST INC.
326 MAIN ST., SUITE 230
GRAND JUNCTION, CO 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | $Undetermined

RLI INSURANCE COMPANY
9025 N LINDBERGH DR
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | $Undetermined

RLI INSURANCE COMPANY
9025 N LINDBERGH DR
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | $Undetermined

RLI INSURANCE COMPANY
9025 N LINDBERGH DR
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | $Undetermined

RLI INSURANCE COMPANY
9025 N LINDBERGH DR
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.327 | **Nonpriority creditor's name and mailing address** | | $1,435,675.93 |
|---|---|---|---|

+ undetermined amounts

ROYAL BANK OF SCOTLAND
PO BOX 1000
GOGARBURN
EDINBURGH, CT EH12 1HQ UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | | $1,663,072.38 |
|---|---|---|---|

+ undetermined amounts

ROYAL BANK OF SCOTLAND
PO BOX 1000
GOGARBURN
EDINBURGH, CT EH12 1HQ UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Financing Debt Obligation (PPB)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | | $79,414.58 |
|---|---|---|---|

+ undetermined amounts

RS MANAGEMENT SERVICES CO.
2410 SE 121ST, SUITE 100
PORTLAND, OR 97216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | | $120,238.24 |
|---|---|---|---|

+ undetermined amounts

S1 SAFETY FIRST INC
218 E BEARSS AVE # 337
TAMPA, FL 33613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

SAFECO Insurance Company of America
SAFECO PLAZA
1001 FOURTH AVENUE
SEATTLE, WA 98154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Bond No. 6693496 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor __Teyma Construction USA, LLC_____     Case number *(if known)* __16-10800_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.    **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.332**  **Nonpriority creditor's name and mailing address**                                                    $823,117.78
                                                                                                   + undetermined amounts

SAFWAY SERVICES, LLC                        **As of the petition filing date, the claim is:**
1523 E. HILLSBORO AVENUE                    *Check all that apply.*
PASCO, WA 99301
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**        **Is the claim subject to offset?**
                                            ☒ No
**Last 4 digits of account number**         ☐ Yes

---

**3.333**  **Nonpriority creditor's name and mailing address**                                                    $Undetermined

SAFWAY SERVICES, LLC                        **As of the petition filing date, the claim is:**
1523 E. HILLSBORO AVENUE                    *Check all that apply.*
PASCO, WA 99301
                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**        **Is the claim subject to offset?**
                                            ☒ No
**Last 4 digits of account number**         ☐ Yes

---

**3.334**  **Nonpriority creditor's name and mailing address**                                                    $29,467.97
                                                                                                   + undetermined amounts

SANITARY DISPOSAL, INC.                     **As of the petition filing date, the claim is:**
P.O. BOX 316                                *Check all that apply.*
HERMISTON, OR 97383
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**        **Is the claim subject to offset?**
                                            ☒ No
**Last 4 digits of account number**         ☐ Yes

---

**3.335**  **Nonpriority creditor's name and mailing address**                                                    $435,982.25
                                                                                                   + undetermined amounts

SARGENT & LUNDY                             **As of the petition filing date, the claim is:**
8063 SOLUTIONS CENTER                       *Check all that apply.*
CHICAGO, IL 60677
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**        **Is the claim subject to offset?**
                                            ☒ No
**Last 4 digits of account number**         ☐ Yes

---

**3.336**  **Nonpriority creditor's name and mailing address**                                                    $Undetermined

SARGENT & LUNDY                             **As of the petition filing date, the claim is:**
55 EAST MONROE ST                           *Check all that apply.*
CHICAGO, IL 60603
                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**        **Is the claim subject to offset?**
                                            ☒ No
**Last 4 digits of account number**         ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.337** | **Nonpriority creditor's name and mailing address** | $15,385.95
+ undetermined amounts

SATELLITE SHELTERS, INC.
3370 N JACKSON AVENUE
KANSAS CITY, MO 64117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | $Undetermined

SATELLITE SHELTERS, INC.
C/O BRAD K. THOENEN
2323 GRAND BLVD., SUITE 1000
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | $286,726.95
+ undetermined amounts

SCHAEDLER ENTERPRISES INC.
1831 E. MANHATTAN BLVD.
TOLEDO, OH 43608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | $Undetermined

SCHAEDLER ENTERRPISE (AKA: SCHEDULER)
C/O RICK DAVIS LEGAL
5251 W 116TH PL, SUITE 200
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | $47,800.00
+ undetermined amounts

SCHWEITZER ENGINEERING LABORATORIES
2350 NE HOPKINS COURT
PULLMAN, WA 99163

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.342 | **Nonpriority creditor's name and mailing address** | | $9,800.00 |
|---|---|---|---|
| | | | + undetermined amounts |

SEAL LABS. (EAG, INC)
2710 WALSH AVENUE
SANTA CLARA, CA 95051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.343 | **Nonpriority creditor's name and mailing address** | | $13,384.00 |
|---|---|---|---|
| | | | + undetermined amounts |

SEFCOR, INC.
1150 UNIFORM ROAD
GRIFFIN, GA 30224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.344 | **Nonpriority creditor's name and mailing address** | | $1,956.52 |
|---|---|---|---|
| | | | + undetermined amounts |

SEWARD COUNTY WASTE MANAGEMENT
1703 E 8TH ST.
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.345 | **Nonpriority creditor's name and mailing address** | | $59,647.00 |
|---|---|---|---|
| | | | + undetermined amounts |

SHELTER ONE, INC.
5887 MONUMENT DRIVE
GRANTS PASS, OR 97526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.346 | **Nonpriority creditor's name and mailing address** | | $7,136,015.04 |
|---|---|---|---|
| | | | + undetermined amounts |

SIEMENS ENERGY, INC.
4400 ALAFAYA TRAIL
ORLANDO, FL 32826

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Teyma Construction USA, LLC
            _____
            Name

Case number *(if known)*  16-10800
            _____

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.347 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

SIEMENS INDUSTRIES
135 SUMMERVIEW RD
BUFFALO, NY 12441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | | $26,993.85 |
| | | | + undetermined amounts |

SIEMENS INDUSTRY, INC.
135 SUMMERVIEW ROAD
BUFFALO, NY 12441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | | $883.08 |
| | | | + undetermined amounts |

SIMOSA IT
AV. DE LA BUHAIRA, 28
SEVILLA, 41018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | | $2,862.01 |
| | | | + undetermined amounts |

SIMOSA IT
AV. DE LA BUHAIRA, 28
SEVILLA, 41018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | | $1,774.14 |

SIMOSA IT
AV. DE LA BUHAIRA, 28
SEVILLA, 41018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.352** | **Nonpriority creditor's name and mailing address** | $9,512.20
+ undetermined amounts

SIMOSA IT USA
16150 MAIN CIRCLE DR, STE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | $1,902.39
+ undetermined amounts

SIMOSA IT USA
16150 MAIN CIRCLE DR, STE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | $Undetermined

SLATER CONTROLS
C/O STEWART MCKEEHAN
617 E. 7TH ST.
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | $15,827.34
+ undetermined amounts

SMITH PRECAST INC DBA
2410 W. BROADWAY RD
PHOENIX, AZ 85041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | $1,454,267,982.90
+ undetermined amounts

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.357** | **Nonpriority creditor's name and mailing address** | $1,454,267,982.90
+ undetermined amounts

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | $1,100,900.00
+ undetermined amounts

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | $1,100,900.00
+ undetermined amounts

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | $216,893.82
+ undetermined amounts

SPX COOLING TECHNOLOGIES
7401 W. 129TH STREET
OVERLAND PARK, KS 66213

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | $888,095.12
+ undetermined amounts

SPX CORPORATION
19191 HEMPSTEAD HIGHWAY
HOUSTON, TX 77065

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Debtor      Teyma Construction USA, LLC
            _____
            Name

Case number *(if known)* __16-10800__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.362** | **Nonpriority creditor's name and mailing address** | $371,704.00
+ undetermined amounts

SPX HEAT TRANSFER LLC
2121 NORTH 161ST EAST AVENUE
TULSA, OK 74116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | $Undetermined

STAINLESS VALVE CO., INC.
4811 PERSIMMON COURT
MONROE, NC 28110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | $54,912.00
+ undetermined amounts

STANDARD XCHANGE
175 STANDARD PARKWAY
CHEEKTOWAGA, NY 14227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | $Undetermined

STOLZ, S.A.
FUERTEVENTURA 4, PL.1-PTA1
SAN SEBASTIÁN DE LOS REYES (MADRID), 28703 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | $199,301.24
+ undetermined amounts

STOPPEL DIRT
910 W. EDELLE
SUBLETTE, KS 67877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.367** | Nonpriority creditor's name and mailing address | $Undetermined

STOPPEL DIRT INC.
CALIHAN, BROWN, BURGARDT & DOUGLAS, PA
E. EDWARD BROWN
212 W. PINE STREET, P.O. BOX 1016
GARDEN CITY, KS 67846

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | $17,243.03
+ undetermined amounts

STRAIGHT ARROW CONTRACTING
10120 W SOUTHERN AVE
TOLLESON, AZ 85353

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | $13,007.01
+ undetermined amounts

STREIMER SHEET METAL WORKS, INC.
740 NORTH KNOTT STREET
PORTLAND, OR 97227

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | $Undetermined

STREIMER SHEET METAL WORKS, INC.
740 NORTH KNOTT STREET
PORTLAND, OR 97227

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | $Undetermined

SULZER PUMP SERVICES US INC.
ALEX MITCHELL LAW OFFICE P.A.
ALEXANDER B. MITCHELL, II
5838 W. 21ST STREET NORTH, SUITE 100
WICHITA, KS 67205

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>**Amount of claim**</td></tr>
</table>

---

**3.372** | **Nonpriority creditor's name and mailing address** | $160,329.04
+ undetermined amounts

SULZER PUMPS SERVICES (US) INC.
21201 E. 31ST CIR.
AURORA, CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | $654.45
+ undetermined amounts

SUMMIT FIRE PROTECTION
38 FOUNTAIN SQUARE
CINCINATTI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | $Undetermined

SUMMIT FIRE PROTECTION CO.
HORN AYLWARD & BANDY, LLC
DANNE W. WEBB, ANDREA MCMURTRY, MATTHEW SWIFT
2600 GRAND BLVD, SUITE 1100
KANSAS CITY, MO 64151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | $114,755.00
+ undetermined amounts

SUMMIT FIRE PROTECTION COMPANY
575 MINNEHAHA W.
ST. PAUL, MN 55103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | $883,732.48
+ undetermined amounts

SUN RENTAL CENTER
1351 DALLES MILITARY RD
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377** | **Nonpriority creditor's name and mailing address** | $Undetermined

SUNRISE STAFFING SERVICES LLC
YOXALL, ANTRIM, FOREMAN & FRYMIRE, LLP
RICHARD R. YOXALL
101 WEST FOURTH STREET
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | $79,877.94
| | + undetermined amounts

SUNRISE STAFFING, LLC
322 N. LINCOLN AVE
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | $1,792.62
| | + undetermined amounts

TATRO PLUMBING CO, INC
1285 ACRAWAY, SUITE 300
GSARDEN CITY, KS 67846

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | $23,926.32
| | + undetermined amounts

TDS RENTALS & LEASING, LLC
15825 TRINITY BLVD.
FORT WORTH, TX 76155

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | $177,115.59
| | + undetermined amounts

TELVENT USA LLC
1390 PICCARD DRIVE SUITE 200
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Teyma Construction USA, LLC
        Name

Case number (if known) 16-10800

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | | $54,757.20 |
|---|---|---|---|

+ undetermined amounts

TERRACON CONSULTANTS INC
18001 W 106TH ST SUITE 300
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.383 | **Nonpriority creditor's name and mailing address** | | $864,993.69 |
|---|---|---|---|

+ undetermined amounts

TEYMA CONSTRUCTION USA, LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.384 | **Nonpriority creditor's name and mailing address** | | $3,522,621.03 |
|---|---|---|---|

+ undetermined amounts

TEYMA USA & ABENER ENGINEERING AND CONSTRUCTION
SERVICES GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.385 | **Nonpriority creditor's name and mailing address** | | $22,065.74 |
|---|---|---|---|

TEYMA USA & ABENER ENGINEERING AND CONSTRUCTION
SERVICES GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.386 | **Nonpriority creditor's name and mailing address** | | $2,526,675.96 |
|---|---|---|---|

+ undetermined amounts

THE CALVERT COMPANY
120 AZTEC DRIVE
RICHLAND, MS 39218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.387 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

THE CALVERT COMPANY INC. (DBA AZZ)
120 AZTEC DR
RICHLAND, MS 39218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.388 | **Nonpriority creditor's name and mailing address** | | $12,364.39 |
|---|---|---|---|
| | | | + undetermined amounts |

TOTAL OFFICE CONCEPT, INC.
401 SOUTH NINTH AVENUE
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.389 | **Nonpriority creditor's name and mailing address** | | $60,186.98 |
|---|---|---|---|
| | | | + undetermined amounts |

TRANSGLOBAL ENERGY
SUITE 501 2450 ATLANTA HIGHWAY
CUMMING ATLANTA, GA 30040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.390 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

TRANSGLOBAL ENERGY, INC.
ALEX MITCHELL LAW OFFICE P.A.
ALEXANDER B. MITCHELL, II
5838 W. 21ST STREET NORTH, SUITE 100
WICHITA, KS 67205 PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.391 | **Nonpriority creditor's name and mailing address** | | $5,503.07 |
|---|---|---|---|
| | | | + undetermined amounts |

TRES RIOS CONSULTING ENGINEERS, INC
4820 E MCDOWELL ROAD, SUITE 101
PHOENIX, AZ 85008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
_____
Name

Case number (if known) _16-10800_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.392 | **Nonpriority creditor's name and mailing address** | | $6,740.10 |
|---|---|---|---|

+ undetermined amounts

TRI STAR INDUSTRIAL COMPANY LLC
1645 W BUCKEYE RD
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.393 | **Nonpriority creditor's name and mailing address** | | $1,677.52 |
|---|---|---|---|

+ undetermined amounts

TRI STAR INDUSTRIAL COMPANY LLC
1645 W BUCKEYE RD
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.394 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

TURBO FILTRATION LLC
1490 TELEGRAPH RD
MOBILE, AL 36610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.395 | **Nonpriority creditor's name and mailing address** | | $122,338.00 |
|---|---|---|---|

+ undetermined amounts

TURBO FILTRATION, LLC
1490 TELEGRAPH ROAD
MOBILE, AL 36610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.396 | **Nonpriority creditor's name and mailing address** | | $156,975.59 |
|---|---|---|---|

+ undetermined amounts

TURNER INDUSTRIES GROUP LLC
8687 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
_____
          Name

Case number *(if known)* __16-10800__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |

---

| 3.397 | **Nonpriority creditor's name and mailing address** | $Undetermined |

TUSA INC. (DBA: STATE SUPPLY)
EVANS & MULLINIX, P.A.
7225 RENNER ROAD, SUITE 200
SHAWNEE, KS 66217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.398 | **Nonpriority creditor's name and mailing address** | $179,993.93 |
| | | + undetermined amounts |

UNITED RENTALS - RSC EQUIPMENT
1429 NORTH PINAL AVE
CASA GRANDE, AZ 85122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.399 | **Nonpriority creditor's name and mailing address** | $2,589.40 |
| | | + undetermined amounts |

UNITED RENTALS, INC.
2358 N. 1ST STREET
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.400 | **Nonpriority creditor's name and mailing address** | $923,087.66 |
| | | + undetermined amounts |

UNITED RENTALS, INC.
2358 N. 1ST STREET
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.401 | **Nonpriority creditor's name and mailing address** | $273.25 |
| | | + undetermined amounts |

UNIVAR USA
3320 S COUNCIL RD
OKLAHOMA CITY, OK 73179

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
<u>_____</u>
Name

Case number *(if known)* <u>16-10800</u>

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.402**    **Nonpriority creditor's name and mailing address**

UNIVAR USA
3320 S COUNCIL RD
OKLAHOMA CITY, OK 73179

<u>$773,233.59</u>
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.403**    **Nonpriority creditor's name and mailing address**

VALENTE ENT DBA VAL TECH MANUFACTUR
1034 W.23RD ST
TEMPE, AZ 85282

<u>$5,277.58</u>
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404**    **Nonpriority creditor's name and mailing address**

VALMONT INDUSTRIES, INC.
ONE VALMONT PLAZA - 5TH FLOOR
OMAHA, NE 68154

<u>$141,309.41</u>
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405**    **Nonpriority creditor's name and mailing address**

VEOLIA WATER TECHNOLOGIES, INC
913 INDUSTRIAL PARK DRIVE
VANDALIA, OH 45377

<u>$440,558.82</u>
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406**    **Nonpriority creditor's name and mailing address**

VEOLIA WATER TECHNOLOGIES, INC. AKA BIOTHANE
PEPPER HAMILTON LLP
ANN B. GRAFF
500 GRANT STREET, SUITE 500
PITTSBURGH, PA 15219

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      Teyma Construction USA, LLC
_____
            Name

Case number (if known) _16-10800_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.407**  **Nonpriority creditor's name and mailing address**                                         $832,879.77
                                                                                              + undetermined amounts

VISTA ENERGY
20525 74TH DR SE
SNOHOMISH, WA 98296

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408**  **Nonpriority creditor's name and mailing address**                                         $Undetermined

VISTA ENERGY
JEFFREY D. LEOANRD, TYLER HEFFRON, TRIPLETT, WOOLF &
GARRETSON LLC
2959 NORTH ROCK ROAD, SUITE 300
WICHITA, KS 67226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409**  **Nonpriority creditor's name and mailing address**                                         $581.00
                                                                                              + undetermined amounts

VOGELBUSCH USA, INC.
1810 SNAKE RIVER RD STE A
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410**  **Nonpriority creditor's name and mailing address**                                         $4,148.26
                                                                                              + undetermined amounts

W. LAY INC
PO BOX 20744
PHOENIX, AZ 85036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411**  **Nonpriority creditor's name and mailing address**                                         $Undetermined

W.I. CONSTRUCTION
18122 HULDEN RD
ARLINGTON, OR 97812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor     Teyma Construction USA, LLC
_____
           Name

Case number (if known)  16-10800
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.412** | **Nonpriority creditor's name and mailing address** | $49,049.63
+ undetermined amounts

W.I. CONSTRUCTION INC.
18122 HULDEN RD
ARLINGTON, OR 97812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | $43,245.00
+ undetermined amounts

WALTEK 11, INCORPORATED
2301 N COMMERCIAL AVENUE
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | $12,045.54
+ undetermined amounts

WEINBERGER WASTE DISPOSAL
3425 S. 43 RD AVENUE,
PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | $24,295.54
+ undetermined amounts

WEST SALEM MACHINERY COMPANY, INC.
664 MULARK AVE. NW
SALEM, OR 97302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | $853,051.17
+ undetermined amounts

WESTERN OILFIELDS SUPPLY COMPANY
5101 OFFICE PARK DRIVE
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Teyma Construction USA, LLC
_____
Name

Case number (if known) __16-10800_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.417**

**Nonpriority creditor's name and mailing address**

WESTERN TECHNOLOGIES INC
E. BROADWAY ROAD
PHOENIX, AZ 85040

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,133.22
+ undetermined amounts

---

**3.418**

**Nonpriority creditor's name and mailing address**

WESTERN TECHNOLOGIES INC.
EAST BROADWAY ROAD 3737
PHOENIX, AZ 85040

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$65.96
+ undetermined amounts

---

**3.419**

**Nonpriority creditor's name and mailing address**

WICHITA TRAILER, INC.
335 E 49TH ST N
PARK CITY, KS 67219

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$875.00
+ undetermined amounts

---

**3.420**

**Nonpriority creditor's name and mailing address**

WIGEN WATER TECHNOLOGIES
302 LAKE HAZELTINE
CHASKA, MN 55318

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,790.00
+ undetermined amounts

---

**3.421**

**Nonpriority creditor's name and mailing address**

WILLIAM KISER & KELLY KISER, PLAINTIFFS
C/O BREYER LAW OFFICES, MARK BREYER & BRIAN FAWBER
3840 E. RAY ROAD
PHOENIX, AZ 85044

**Basis for the claim:** Potential liability as general partner of Solana - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Is the claim subject to offset?**
☒ No
☐ Yes

$Undetermined

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.422** | **Nonpriority creditor's name and mailing address** | $96,161.12
+ undetermined amounts

WINROC - SPI
525 STARBROOK
COURTLNORMAN, OK 73072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | $10,047.81
+ undetermined amounts

WORLD ELECTRIC SUPPLY INC.
2151 BLOUNT ROAD
POMPANO BEACH, FL 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | $18,905.20
+ undetermined amounts

WORLD ELECTRIC SUPPLY INC.
2151 BLOUNT ROAD
POMPANO BEACH, FL 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | $Undetermined

WORLD ELECTRIC SUPPLY, INC.
THE BARTHET FIRM
ALEX BARTHET, ESQ.
200 SOUTH BISCAYNE BLVD., STE 1800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | $90,000.00
+ undetermined amounts

WRAP UP INSURANCE SOLUTIONS
SUITE 100 16141 SWINGLEY RIDGE ROAD
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.427 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.428 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.429 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.430 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Teyma Construction USA, LLC
_____
Name

Case number (if known) 16-10800
_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a.  **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ _____ 12,153,687,323.64<br>+ undetermined amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 12,153,687,323.64<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name    Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____    District of    Delaware
                                                                          (State)

Case number (If known):    16-10800 _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement for the formation of Abeinsa Abeima Teyma General Partnership | ABEIMA USA LLC<br>PO BOX 4039<br>CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | ABEINSA EPC LLC<br>3030 NORTH CENTRAL AVENUE<br>SUITE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement for the formation of Abeinsa Abeima Teyma General Partnership | ABEINSA EPC LLC<br>3030 NORTH CENTRAL AVENUE<br>SUITE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement between for the formation of  Abeinsa Abener Teyma General Partnership | ABEINSA EPC LLC<br>3030 NORTH CENTRAL AVENUE<br>SUITE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Business Management Agreement | ABEINSA HOLDING INC<br>3030 N CENTRAL AVE, SUITE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Teyma Construction USA, LLC
          Name

Case number *(if known)*  16-10800

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | ABEINSA INGENIERIA Y CONSTRUCCION INDUSTRIAL, S.A. CALLE ENERGIA, 1 CAMPUS PALMAS ALTAS, 41006 SEVILLA SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement for the formation of  Abeinsa Abener Teyma Reno General Partnership | ABENER CONSTRUCTION SERVICES LLC PO BOX 4039 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement between for the formation of  Abeinsa Abener Teyma General Partnership | ABENER CONSTRUCTION SERVICES LLC PO BOX 4039 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement for the formation of Teyma USA & Abener Engineering and Construction Services General Partnership | ABENER CONSTRUCTION SERVICES LLC PO BOX 4039 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement between for the formation of  Abener Teyma Hugoton General Partnership | ABENER CONSTRUCTION SERVICES LLC PO BOX 4039 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Design, Supply, Construction and Commercial Start-Up Contract-Turnkey Cogeneration Plant in Hugoton | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC ATTN:  EXECUTIVE VP 16150 MAIN CIRCLE DRIVE, SUITE 300 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Reciprocal Credit Agreement | ABENGOA, SA ATTN: LAIA MACIA USUA CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS, SEVILLE 41014 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Teyma Construction USA, LLC
          Name

Case number (if known)   16-10800

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Second Amended and Restated Turnkey Engineering, Procurement and Construction Contract | ARIZONA SOLAR ONE LLC<br>11500 WEST 13TH AVE<br>LAKEWOOD, CO 80215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Bank Account Agreement | BANCO SANTANDER<br>SANTANDER GROUP CITY AVENIDA DE CANTABRIA<br>BOADILLA DEL MONTE<br>MADRID, 28660 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Deposit Account & Treasury Management Services | BANK OF AMERICA<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY<br>100 FEDERAL ST<br>BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Line of Credit Agreement | COMERICA BANK<br>COMERICA BANK TOWER<br>1717 MAIN STREET<br>DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | LIBERTY MUTUAL<br>175 BERKELEY STREET<br>BOSTON<br>BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | NATIONAL INDEMNITY COMPANY<br>1314 DOUGLAS STREET<br>SUITE 1400<br>OMAHA, NE 68102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Teyma Construction USA, LLC                                    Case number *(if known)*   16-10800
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br>3024 HARNEY STREET<br>OMAHA, NE 68131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Turnkey EPC for the Carty Power Plant Project  – Carty Project | PORTLAND GENERAL ELECTRIC CO.<br>121 SOUTHWEST SALMON ST<br>PORTLAND, OR 97204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | RLI INSURANCE COMPANY<br>9025 N LINDBERGH DR<br>PEORIA, IL 61615 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Limited Liability Company Agreement of Abacus Project Management LLC | TEYMA CONSTRUCTION USA, LLC<br>3030 NORTH CENTRAL AVENUE<br>SUITE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                          (State)

Case number (If known):  16-10800

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.2 | Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.3 | Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.4 | Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.5 | Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.6 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

Debtor __Teyma Construction USA, LLC_____     Case number (if known) __16-10800__
　　　　　Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.8 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.9 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.10 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.11 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.12 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.13 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.14 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.15 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.16 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.17 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"></td><td><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.18 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.19 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.20 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.21 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.22 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.23 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.24 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.25 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.26 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.27 | Abeinsa Business Development Corp. | | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.28 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.30 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.31 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.32 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.33 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.34 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.35 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.36 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.37 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.38 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.39 | Abeinsa Ingenieria y Construccion S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Abeinsa Ingenieria y Construccion S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS SEVILLE, 41014 SPAIN | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.41 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.42 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.43 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.44 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.45 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.46 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.47 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.48 | Abener Engineering and Construction Services, LLC | 16150 MAIN CIRCLE DRIVE STE 400 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.49 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.50 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.51 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D  ☒ E/F  ☒ G |
| 2.52 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D  ☐ E/F  ☐ G |
| 2.53 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D  ☐ E/F  ☐ G |
| 2.54 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.55 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D  ☒ E/F  ☒ G |
| 2.56 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D  ☐ E/F  ☐ G |
| 2.57 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.58 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.59 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.60 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.61 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D  ☒ E/F  ☒ G |

| Debtor | Teyma Construction USA, LLC | | Case number *(if known)* | 16-10800 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.63 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.64 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.65 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.66 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D<br>☐ E/F<br>☐ G |
| 2.67 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.68 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.69 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.70 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.71 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.72 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black"></td><td colspan="3"><b>Additional Page if Debtor Has More Codebtors</b></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.73 | Abengoa Bioenergia, S.A. | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.74 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.75 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.76 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.77 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.78 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.79 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.80 | Abengoa Solar Industrial Systems LLC | | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.81 | Abengoa Solar Industrial Systems LLC | | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.82 | Abengoa Solar Industrial Systems LLC | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.83 | Abengoa Solar LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | | Case number (if known) | 16-10800 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | Abengoa Solar LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.85 | Abengoa Solar LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.86 | Abengoa Solar S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLA, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.87 | Abengoa Solar S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLA, 41014 SPAIN | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.88 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.89 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.90 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.91 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.92 | Abengoa Transmission & Infraestructure, ULC. | | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.93 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.94 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.96 | Abengoa Water Holding USA | | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.97 | Abengoa Water Holding USA | | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.98 | Abengoa Water Holding USA | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.99 | Abengoa Water S.L.U. | SPAIN | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.100 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.101 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.102 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.103 | Abengoa, S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.104 | Abengoa, S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLE, 41014 SPAIN | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.105 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106 Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.107 Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.108 Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.109 Teyma USA & Abener Engineering And Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.110 Teyma USA & Abener Engineering And Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.111 Teyma USA & Abener Engineering And Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.112 Teyma USA & Abener Engineering And Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.113 Teyma USA & Abener Engineering And Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.114 Teyma USA & Abener Engineering And Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

## Schedule H – Co-Debtor Rider

Certain of the Debtors are partners or members of various affiliated debtor and non-debtor partnerships and a joint venture (the "Partnerships and Joint Venture").  The partners or members, as applicable, of the Partnerships and Joint Venture are listed below.  Debtors Teyma Construction USA, LLC; Abener Construction Services, LLC; Inabensa USA, LLC; Abeinsa Holding Inc.; Abener North America Construction, LP; and Abeinsa EPC LLC may be liable for certain  of the obligations of the Partnerships and Joint Venture of which they are a partner or member.

| Corporate Name | Partners/Members |
|---|---|
| Teyma USA & Abener Engineering and Construction Services General Partnership | Teyma Construction USA, LLC 50%; Abener Construction Services, LLC 50% |
| Abener Teyma Inabensa Mount Signal Joint Venture | Inabensa USA, LLC 40%; Abeinsa Holding Inc. 30%; Abener North America Construction, LP 30% |
| Abener Teyma Hugoton General Partnership | Teyma Construction USA, LLC 50%; Abener Construction Services, LLC 50% |
| Abeinsa Abener Teyma General Partnership | Abeinsa EPC LLC 1%; Abener Construction Services, LLC 49.5%; Teyma Construction USA, LLC 49.5% |
| Abeinsa Abeima Teyma General Partnership[1] | Abeinsa EPC LLC 1%; Abeima USA LLC 49.5%; Teyma Construction USA, LLC 49.5% |
| Abeinsa Abener Teyma Reno General Partnership[1] | Abeinsa EPC LLC 1%; Abener Construction Services, LLC 49.5%; Teyma Construction USA, LLC 49.5% |
| Abener Teyma Mojave General Partnership | Abeinsa Holding Inc. 50%; Abener North America Construction, LP 50% |

---

[1] Abeinsa Abeima Teyma General Partnership and Abeinsa Abener Teyma Reno General Partnership are not debtors in the chapter 11 cases jointly administered as *In re Abeinsa Holding Inc.*, Case No. 16-10790.

**Fill in this information to identify the case and this filing:**

Debtor Name    Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____    District of: Delaware
                                                                           (State)

Case number (*If known*):16-10800

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule:* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: 5/19/2016 | ☒ /s/ Sebastian Felicetti |
| MM /DD/ YYYY | Signature of individual signing on behalf of debtor |
| | Sebastian Felicetti |
| | Printed name |
| | Authorized Signatory |
| | Position or relationship to debtor |

---

Official Form B202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**                 150