**Fill in this information to identify the case:**

Debtor name  Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                          (State)

Case number (If known):  16-10800

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | | $ 29,206.77 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 29,206.77

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor    Teyma Construction USA, LLC
                Name

Case number *(if known)* 16-10800

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____ $_____

   8.2. _____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                             $_____ 0.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ....➔    $_____
                                        face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ....➔    $_____
                                        face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____ 0.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. None    _____ $_____ 0.00

    14.2. _____    _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:

    15.1. See attached rider    _____ %    _____ $_____ Undetermined

    15.2. _____    _____ %    _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. None    _____ $_____ 0.00

    16.2. _____    _____ $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        $_____ 0.00
                                                             + undetermined amounts

---

Debtor   Teyma Construction USA, LLC _____   Case number (*if known*) 16-10800 _____
Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    | $_____ 0.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Teyma Construction USA, LLC
          Name

Case number (*if known*)  16-10800

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Teyma Construction USA, LLC                              Case number (*if known*)    16-10800
Name

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|--------|------------------------------|-------------------------|----------|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Tradename | $        114,000.00 | Net Book Value | $        Undetermined |
| 61. **Internet domain names and websites** None | $ | | $        0.00 |
| 62. **Licenses, franchises, and royalties** None | $ | | $        0.00 |
| 63. **Customer lists, mailing lists, or other compilations** Customer Relationships | $        165,984.00 | Net Book Value | $        Undetermined |
| 64. **Other intangibles, or intellectual property** None | $ | | $        0.00 |
| 65. **Goodwill** Goodwill | $        Undetermined | Net Book Value | $        Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____0.00
+ undetermined amounts

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ _____ − _____ = ➔  $_____ 0.00

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____

_____    Tax year _____  $_____ 0.00

_____    Tax year _____  $_____

_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

See attached rider _____    $_____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____ Undetermined

**Nature of claim**    Potential project-related contractual causes of action

**Amount requested**    $_____ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____    $_____ 0.00

**Nature of claim** _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

None _____    $_____ 0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See attached rider _____    $_____ 43,698,909.12

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____ 43,698,909.12

+ undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Teyma Construction USA, LLC
         _____       Case number (if known)_____16-10800_____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 29,206.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 <br> + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ..........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 <br> + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 43,698,909.12 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 43,728,115.89 <br> + undetermined amounts | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................................ $ 43,728,115.89 <br> + undetermined amounts

Debtor Name: Teyma Construction USA, LLC                                    Case Number: 16-10800

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO SANTANDER | Pledged | 3123 | $1,091.80 |
| BANK OF AMERICA | | 9277 | $0.00 |
| BANK OF AMERICA | | 9280 | $0.00 |
| COMERICA BANK | Money Market Account | 3126 | $28,114.97 |
| | | **TOTAL** | **$29,206.77** |

Debtor Name: Teyma Construction USA, LLC                                          Case Number: 16-10800

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Abacus Project Management, LLC | 100 | N/A | Undetermined |
| Teyma USA & Abener Engineering and Construction Services General Partnership | 50 | N/A | Undetermined |
| Abener Teyma Hugoton General Partnership | 50 | N/A | Undetermined |
| Abeinsa Abener Teyma General Partnership | 49.5 | N/A | Undetermined |
| Abener Teyma Mojave General Partnership | 50 | N/A | Undetermined |
| Abener Teyma Inabensa Mount Signal Joint Venture | 30 | N/A | Undetermined |
| Abeinsa Abeima Teyma General Partnership | 49.5 | N/A | Undetermined |
| Abeinsa Abener Teyma Reno General Partnership | 49.5 | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Teyma Construction USA, LLC has no legal ownership in either Abener Teyma Mojave General Partnership or Abener Teyma Inabensa Mount Signal Joint Venture, however, Teyma Construction USA, LLC holds the financial benefit and certain liabilities from these entities by virtue of an agreement with Abeinsa Holding Inc.

Debtor Name: Teyma Construction USA, LLC                                    Case Number: 16-10800

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AMERICAN GUARANTEE & LIABILITY INS. | Comm. Umbrella | AUC5571450 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Comm. Automobile | BAP5921453 | Undetermined |
| LEXINGTON INSURANCE CO. | Comm. General Liability | 27712390 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Comm. Management Liability | 596602671 | Undetermined |
| TRAVELERS PROPERTY CASUALTY INS. CO. | Property/Inland Marine | QT6601G915786TIA15 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Foreign Package | ZE0176761 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers' Compensation | WC9847571 | Undetermined |
| QBE SPECIALTY INSURANCE CO. | Directors & Officers | QPL0183231 | Undetermined |
| ALLIED WORLD ASSURANCE INC. | Excess Directors & Officers | 3100491 | Undetermined |
| AIG EUROPE LIMITED | Directors & Officers (ABG Policy) | EA13DO1182 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers Compensation (Wrap-up Carty) | WC 6221173 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | General Liability (Wrap-up Carty) | GLO 6221172 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:        Teyma Construction USA, LLC                                  Case Number:        16-10800

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Abeinsa Holding Inc. | $21,019,496.09 |
| Intercompany Receivable - Abeinsa EPC LLC | $12,653,845.22 |
| Intercompany Receivable - Abeinsa Holding Inc. | $2,598,065.86 |
| Intercompany Receivable - Abeinsa LLC | $1,000.00 |
| Intercompany Receivable - Abencor USA LLC | $35,258.98 |
| Intercompany Receivable - Abener North America Construct. Serv., LP | $146,832.16 |
| Intercompany Receivable - Abener Teyma Mojave General Partnership | $135,000.00 |
| Intercompany Receivable - Abengoa S.A. | $6,045,474.63 |
| Intercompany Receivable - Inabensa USA | $198,942.49 |
| Intercompany Receivable - Teyma USA & Abener Engineering and Construction Services Partner | $864,993.69 |
| **TOTAL** | **$43,698,909.12** |

**Fill in this information to identify the case:**

Debtor    Teyma Construction USA, LLC

United States Bankruptcy Court for the:      District of Delaware
                                                        (State)

Case number    16-10800
(If known)

☒ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $     607,435.18 | $     607,435.18 |
| **Date or dates debt was incurred**<br>4/15/2016 | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| | | | |
|---|---|---|---|
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| | | | |
|---|---|---|---|
| **2.3** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,684,280.25
+ undetermined amounts

Potential liability as general partner of AAT - Intercompany
**Basis for the claim:** Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184,076.37
+ undetermined amounts

Potential liability as general partner of Solana - Intercompany
**Basis for the claim:** Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255,960.51
+ undetermined amounts

Potential liability as general partner of Hugoton - Intercompany
**Basis for the claim:** Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 610,052.97

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
ABEINSA ABEIMA TEYMA GP
3030 N. CENTRAL AVE.
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 496,758.59

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
ABEINSA ABENER TEYMA GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 596,284.18

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $763.45
+ undetermined amounts

ABEINSA BUSINESS DEVELOPMENT, S.A.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $172,379.16
+ undetermined amounts

ABEINSA ENGINEERING SL
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $1,192,639.93
+ undetermined amounts

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $4,491,062.81
+ undetermined amounts

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $6,913,976.59
+ undetermined amounts

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | | $133,764.23 |
|---|---|---|---|

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | $1,499,714.39 |
|---|---|---|---|

ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | $348,579.00 |
|---|---|---|---|

ABEINSA INGENIERÍA Y CONSTRUCCIÓN
ENERGÍA SOLAR 1
SEVILLA, 41014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $697,836.06 |
|---|---|---|---|
| | | | + undetermined amounts |

ABENCOR USA LLC
3030 N CENTRAL AVE #808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $297,606.40 |
|---|---|---|---|
| | | | + undetermined amounts |

ABENCOR USA LLC
3030 N CENTRAL AVE #808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.17 | **Nonpriority creditor's name and mailing address** | | $122,741.87 |
|---|---|---|---|

ABENER ENGINEERING AND CONSTRUCTION SERVICES, LLC
14522 S OUTER 40 RD
STE 400
CHESTERFIELD, MO 63017

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | | $147,501.06 |
|---|---|---|---|

ABENER NORTH AMERICA CONSTRUCT. SERV., LP
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | | $894,525.43 |
|---|---|---|---|

ABENER TEYMA HUGOTON GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | | $4,497,344.81 |
|---|---|---|---|

ABENER TEYMA MOJAVE GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | $20,306.39 |
|---|---|---|---|

ABENGOA RESEARCH S.L.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**    **Nonpriority creditor's name and mailing address**

$141,102,079.65
+ undetermined amounts

ABENGOA S.A.
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS,
SEVILLE 41014
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23**    **Nonpriority creditor's name and mailing address**

$122,187,719.07

ABENGOA S.A.
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS,
SEVILLE 41014
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24**    **Nonpriority creditor's name and mailing address**

$30,299,963.25

ABENGOA VISTA RIDGE, LLC
2600 VIA FORTUNA STE 220
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25**    **Nonpriority creditor's name and mailing address**

$85,161.29
+ undetermined amounts

ABENGOA WATER S.L.U.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26**    **Nonpriority creditor's name and mailing address**

$508,500.00
+ undetermined amounts

ABENGOA WATER USA, LLC
2600 VIA FORTUNA, STE 220
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Teyma Construction USA, LLC
_____
Name

Case number *(if known)*  16-10800

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** **Nonpriority creditor's name and mailing address**                                    $96,016.83

ABENGOA, SA
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS,
SEVILLE 41014
 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**                                    $165,389.40
                                                                                        + undetermined amounts

ACCENT SALES & SERVICE CO., INC.
501 SOUTH VALLEY
KANSAS CITY, KS 66105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**                                    $622,611.65
                                                                                        + undetermined amounts

ACID PIPING TECHNOLOGY
2890 ARNOLD TENBROOK RD
ARNOLD, MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**                                    $58,970.63
                                                                                        + undetermined amounts

ACID PIPING TECHNOLOGY
2890 ARNOLD TENBROOK RD
ARNOLD, MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**                                    $Undetermined

ACID PIPING TECHNOLOGY, INC.
ATTORNEYS: HINKLE LAW FIRM, LLC  MARTIN R. UFFORD
MARTIN R. UFFORD
301 N. MAIN STREET, SUITE 2000
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | | $587,026.17 |
|---|---|---|---|
| | | | + undetermined amounts |

ACME CONSTRUCTION SUPPLY CO., INC.
330 SE SALMON STREET
PORTLAND, OR 97214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ACME CONSTRUCTION SUPPLY COMPANY, INC.
330 SE SALMON STREET
PORTLAND, OR 97214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $0.72 |
|---|---|---|---|
| | | | + undetermined amounts |

ADVANCED AMERICAN CONSTRUCTION
PO BOX 83599
PORTLAND, OR 97283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $7,501.91 |
|---|---|---|---|
| | | | + undetermined amounts |

ADVANCED FLEXIBLE SYSTEMS, INC.
P.O. BOX 14156
CHARLESTON, SC 29422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $32,810.89 |
|---|---|---|---|
| | | | + undetermined amounts |

ADVANTAGE ENGINEERING, INC.
769 SPIRIT OF ST LOUIS BLVD
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** | **Nonpriority creditor's name and mailing address** | $127,048.60
+ undetermined amounts

AETHER DBS
11385 E 60TH PLACE SOUTH
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | $Undetermined

AETHER DBS, LLC
11385 E 60TH PLACE SOUTH
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | $116,695,400.00
+ undetermined amounts

AGENSYND, S.L.
VELAZQUEZ 78, 4 DERECHA
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | $116,695,400.00
+ undetermined amounts

AGENSYND, S.L.
VELAZQUEZ 78, 4 DERECHA
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | $1,840.85
+ undetermined amounts

AIRGAS MID-SOUTH, INC.
911 E. PANCAKE BLVD.
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Teyma Construction USA, LLC
        _____
        Name

Case number *(if known)* 16-10800
                         _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42**  **Nonpriority creditor's name and mailing address**                                    $1,131.93
                                                                            + undetermined amounts

AIRGAS, INC.                              **As of the petition filing date, the claim is:**
259 N. RADNOR-CHESTER RD                  *Check all that apply.*
XX, PA 19087
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**       **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.43**  **Nonpriority creditor's name and mailing address**                                   $61,148.10
                                                                            + undetermined amounts

ALSTOM POWER INC.                         **As of the petition filing date, the claim is:**
200 GREAT POND DR                         *Check all that apply.*
WINDSOR, CT 06095
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**       **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.44**  **Nonpriority creditor's name and mailing address**                                  $415,000.00
                                                                            + undetermined amounts

AMEC FOSTER WHEELER ENERGIA SLU.          **As of the petition filing date, the claim is:**
GABRIEL GARCÍA MARQUEZ, 2                 *Check all that apply.*
LAS ROZAS, 28230 SPAIN
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**       **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.45**  **Nonpriority creditor's name and mailing address**                                $1,286,068.29
                                                                            + undetermined amounts

AMERICAN PIPING PRODUCTS, INC.            **As of the petition filing date, the claim is:**
18333 WINGS CORPORATE DRIVE               *Check all that apply.*
CHESTERFIELD, MO 63005
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**       **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**                                $Undetermined

AMERICAN PIPING PRODUCTS, INC.            **As of the petition filing date, the claim is:**
ATTN GENERAL COUNSEL                      *Check all that apply.*
18333 WINGS CORPORATE DRIVE
CHESTERFIELD, MO 63005                    ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**       **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | **Nonpriority creditor's name and mailing address** | | $313,360.91 |
|---|---|---|---|

+ undetermined amounts

AMERICAN WIRE GROUP
2875 NE 191 STREET, SUITE 305
MIAMI, FL 33180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | | $60,000.00 |
|---|---|---|---|

+ undetermined amounts

ANDRITZ SEPARATION, INC.
8070 PRODUCTION DRIVE
FLORENCE, KY 41042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | | $8,951.34 |
|---|---|---|---|

+ undetermined amounts

ANIXTER
2509 CASSENS DRIVE
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | | $498,465.05 |
|---|---|---|---|

+ undetermined amounts

ANIXTER, INC
2301 PATRIOT BLVD
GLENVIEW, IL 60026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | | $754,160.75 |
|---|---|---|---|

+ undetermined amounts

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Teyma Construction USA, LLC
_____
         Name

Case number *(if known)*  16-10800

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**

**Nonpriority creditor's name and mailing address**

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

$67,808.99
+ undetermined amounts

---

**3.53**

**Nonpriority creditor's name and mailing address**

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

$89,473.93
+ undetermined amounts

---

**3.54**

**Nonpriority creditor's name and mailing address**

APOLLO MECHANICAL CONTRACTORS
1207 W COLUMBIA DR
KENNEWICK, WA 99336

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

$378,496.95
+ undetermined amounts

---

**3.55**

**Nonpriority creditor's name and mailing address**

APOLLO MECHANICAL CONTRACTORS
1207 W COLUMBIA DR
KENNEWICK, WA 99336

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

$Undetermined

---

**3.56**

**Nonpriority creditor's name and mailing address**

ARONSON SECURITY GROUP, INC.
600 SW OAKESDALE AVE, #100
RENTON, WA 98057

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

$154,703.10
+ undetermined amounts

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.57** Nonpriority creditor's name and mailing address
$45,392.72
+ undetermined amounts

AUSENCO ENGINEERING CANADA
855 HOMER ST
VANCOUVER, BC V6B 2W2 CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of Hugoton - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
$59,690.00
+ undetermined amounts

AXIS CRANE, LLC
PO BOX 325
WILSONVILLE, OR 97070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
$7,013,649.00
+ undetermined amounts

BANCO FINANTIA RUA GENERAL
ATTN GENERAL COUNSEL
FIRMINO MIGUEL, 5
LISBOA, 1600-100 PORTUGAL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Financing Debt Obligation

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
$137,612,500.00
+ undetermined amounts

BANCO POPULAR ESPANOL., S.A.
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of Hugoton - Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
$137,612,500.00
+ undetermined amounts

BANCO POPULAR ESPANOL., S.A.
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of Solana - Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

$1,996,796.52
+ undetermined amounts

BANK OF AMERICA
201 E. WASHINGTON ST, 22ND FL.
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.63** **Nonpriority creditor's name and mailing address**

$143,432.23
+ undetermined amounts

BAY INSULATION OF ARIZONA INC
2929 WALKER DR
GREEN BAY, WI 54311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.64** **Nonpriority creditor's name and mailing address**

$14,275.00
+ undetermined amounts

BEE IMAGINE LLC
20900 NORMADIE AVE UNIT A
TORRANCE, CA 90502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.65** **Nonpriority creditor's name and mailing address**

$8,657.63
+ undetermined amounts

BEFESA
43152
TARRAGONA, KS 43152 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.66** **Nonpriority creditor's name and mailing address**

$62,375.50
+ undetermined amounts

BETHLEHEM ENTERPRISES S.A.C.
AV. SANTA LUCIA NRO. 237 Z.I. LA AU
, LIMA 03

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Teyma Construction USA, LLC
_____
Name

Case number (if known)   16-10800

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.67 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

BETHLEHEM ENTERPRISES, S.A.C.
AV. SANTA LUCIA NRO. 237 Z.I. LA AU
AURORA
LIMA, 00003

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | $144,846.49 |
|---|---|---|---|
| | | | + undetermined amounts |

BHI ENERGY I SPECIALTY SERVICES LLC
2005 NEWPOINT PARKWAY
LAWRENCEVILLE, GA 30043

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | | $36,800.00 |
|---|---|---|---|
| | | | + undetermined amounts |

BIOTHANE, LLC
2500 BROADWAY
CAMDEN, NJ 08104

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

BLACK DIAMOND INDUSTRIAL, LLC
ALEX MITCHELL LAW OFFICE P.A.
ALEXANDER B. MITCHELL, II
5838 W. 21ST STREET NORTH, SUITE 100
WICHITA, KS 67205

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | | $59,449.82 |
|---|---|---|---|
| | | | + undetermined amounts |

BOCCARD PIPE FABRICATORS, INC.
2500 GALVESTON RD
HOUSTON, TX 77017

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | | $16,049.70 |
|---|---|---|---|
| | | | + undetermined amounts |

BORDER CONSTRUCTION SPECIALTIES, LL
3880 E. BROADWAY RD.
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | | $15,000.00 |
|---|---|---|---|
| | | | + undetermined amounts |

BRAHMA GROUP INC
1132 S 500 WEST
SALT LAKE CITY, UT 84101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | | $393,007.07 |
|---|---|---|---|
| | | | + undetermined amounts |

BRAHMA GROUP INC
1132 S 500 W
SALT LAKE CITY, UT 84101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

BRAHMA GROUP, INC.
MARTIN, PRINGLE, OLIVER WALLACA & BAUER, LLP
100 NORTH BROADWAY, SUITE 500
WICHITA, KS 67202

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | | $230,325.48 |
|---|---|---|---|
| | | | + undetermined amounts |

BRAND ENERGY SOLUTIONS, LLC
2516 E UNIVERSITY DR
PHOENIX, AZ 85034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor ___Teyma Construction USA, LLC_____  Case number (if known)___16-10800_____
       Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.77 | **Nonpriority creditor's name and mailing address** | $22,099.35
+ undetermined amounts

BRI/GOULDS PUMPS
1550 LARKIN WILLIAMS RD
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.78 | **Nonpriority creditor's name and mailing address** | $Undetermined

BYRNE SOFTWARE TECHNOLOGIES, INC
1819 CLARKSON ROAD SUITE 200
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.79 | **Nonpriority creditor's name and mailing address** | $79,341.42
+ undetermined amounts

C.B.'S LLC
10408 N MCALISTER RD
LA GRANDE, OR 97850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.80 | **Nonpriority creditor's name and mailing address** | $165,168.09
+ undetermined amounts

CALDWELL TANKS
4000 TOWER ROAD
LOUISVILLE, KY 40206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.81 | **Nonpriority creditor's name and mailing address** | $15,130.01
+ undetermined amounts

CARBIS, INC.
1430 WEST DARLINGTON ST.
FLORENCE, SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | $148,438.09 + undetermined amounts |
|---|---|---|

CEMTREX, INC.
19 ENGINEERS LANE, SUITE 101
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

CEMTREX, INC.
19 ENGINEERS LANE, STE 101
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | $118,735,000.00 |
|---|---|---|

CENTRAL TEXAS REGIONAL WATER SUPPLY CORPORATION
P.O. BOX 160573
AUSTIN, TX 78716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | $172,358.68 + undetermined amounts |
|---|---|---|

CHATTANOOGA BOILER & TANK CO.
1011 E. MAIN ST.
CHATTANOOGA, TN 37408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | $13,450.00 + undetermined amounts |
|---|---|---|

CHRISTOPHER HUTSON CONSULTING
1110 NE 1ST AVE.
FORT LAUDERDALE, FL 33304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87**

**Nonpriority creditor's name and mailing address**

CIVES CORPORATION
10059 N YELLOWSTONE HWY
IDAHO FALLS, ID 83401

$458,414.76
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.88**

**Nonpriority creditor's name and mailing address**

CLEVER TECNOLOGÍA, S.L.
GLORIETA FERNANDO QUIÑONES, EDIF SN
TOMARES (SEVILLA), 41490 SPAIN

$2,275.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.89**

**Nonpriority creditor's name and mailing address**

COGENT INC. (DBA BRI AND DBA LEE MATHEWS)
SHUTTLEWORTH LAW FIRM LLC
KEITH SHUTTLEWORTH
9260 GLENWOOD
OVERLAND PARK, KS 66212

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.90**

**Nonpriority creditor's name and mailing address**

COLUMBIA RIVER ELECTRIC MAINTENANCE
528 6TH STREET
UMATILLA, OR 97882

$794,656.10
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.91**

**Nonpriority creditor's name and mailing address**

COLUMBIA RIVER ELECTRIC MAINTENANCE
528 6TH STREET
UMATILLA, OR 97882

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.92 | **Nonpriority creditor's name and mailing address** | | $332,140.43 |
|---|---|---|---|
| | | | + undetermined amounts |

COLUMBIA RIVER MACHINERY, LLC
3802 S. HIGHLAND
WEST RICHLAND, WA 99353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

COLUMBIA RIVER MACHINERY, LLC
3802 S. HIGHLAND
WEST RICHLAND, WA 99353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | $136,978.21 |
|---|---|---|---|
| | | | + undetermined amounts |

CONCRETE SPECIAL TIES
80776 KIK ROAD
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | $349,002.27 |
|---|---|---|---|
| | | | + undetermined amounts |

CONSOLIDATED ELECTRICAL DISTRIBUTOR
1913 WEST ****"A"**** STREET
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC (COLUMBIA ELECTRIC SUPPLY)
SCOTT HOOKLAN D LLP
9185 S.W. BURNHAM PO BOX 23414
TIGARD, OR 97281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** | **Nonpriority creditor's name and mailing address** | $Undetermined

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC (COLUMBIA ELECTRIC SUPPLY)
SCOTT HOOKLAN D LLP
9185 S.W. BURNHAM PO BOX 23414
TIGARD, OR 97281

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.98** | **Nonpriority creditor's name and mailing address** | $36,564.69
| | + undetermined amounts

CONSOLIDATED SUPPLY CO.
7337 SW KABLE LANE
TIGARD, OR 97224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.99** | **Nonpriority creditor's name and mailing address** | $Undetermined

CONSOLIDATED SUPPLY CO.
7337 SW KABLE LANE
TIGARD, OR 97224

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.100** | **Nonpriority creditor's name and mailing address** | $82,254.00
| | + undetermined amounts

CONSTRUC. MET MEXICANAS S.A. DE C.V.
AUTOPISTA QUERETARO-CELAYA KM 16 S/N
CALERA DE OBRAJUELO
APASEO EL GRANDE, 38180 MEXICO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.101** | **Nonpriority creditor's name and mailing address** | $247,216.49
| | + undetermined amounts

CROWN SOLUTIONS, LLC
945 SOUTH BROWN SCHOOL RD.
VANDALIA, OH 45377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Teyma Construction USA, LLC
         _____
         Name

Case number *(if known)*  16-10800
                          _____

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** | **Nonpriority creditor's name and mailing address** | $22,321.30
+ undetermined amounts

CRYSTAL CLEAR ICE
1005 W. ROSE STREET
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**3.103** | **Nonpriority creditor's name and mailing address** | $195,000.00
+ undetermined amounts

CUMMINS POWER GENERATION
1400 73RD AVENUE NE
FRIDLEY, MN 55432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**3.104** | **Nonpriority creditor's name and mailing address** | $Undetermined

CUMMINS POWER GENERATION, INC.
SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP
JEREMY DAVID SHOOK
1 NORTH BRENTWOOD BLVD, SUITE 800
ST. LOIUS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**3.105** | **Nonpriority creditor's name and mailing address** | $84,993.95
+ undetermined amounts

DESERT SPRINGS BOTTLED WATER CO.
1000 FULLERTON RD
ECHO, OR 97826

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**3.106** | **Nonpriority creditor's name and mailing address** | $163,430.23
+ undetermined amounts

DESIGN SPACE MODULAR BUILDINGS, INC
1935 CAMINO VIDA ROBLE, SUITE 210
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107** | **Nonpriority creditor's name and mailing address** | $118.24
+ undetermined amounts

DESIGN SPACE MODULAR BUILDINGS, INC
1935 CAMINI VIDA ROBLE, SUITE 210
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | $9,637.38
+ undetermined amounts

DETROIT STOKER
1510 EAST FIRST ST
MONROE, MI 48161

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | $178,015,530.00
+ undetermined amounts

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amount of $400 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | $178,015,530.00
+ undetermined amounts

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amount of $400 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | $25,694.45
+ undetermined amounts

DEUTSCHE BANK AG, NEW YORK BRANCH
60 WALL STREET
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor     Teyma Construction USA, LLC
_____
Name

Case number (if known) 16-10800

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.112**

**Nonpriority creditor's name and mailing address**

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MSNYC 60-2710
NEW YORK, NY 10005

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$450,000,000.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.113**

**Nonpriority creditor's name and mailing address**

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MSNYC 60-2710
NEW YORK, NY 10005

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$450,000,000.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$550,450,000.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.115**

**Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$550,450,000.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$605,495,000.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | | $650,000,000.00 |
|---|---|---|---|
| | | | + undetermined amounts |

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | $412,837,500.00 |
|---|---|---|---|
| | | | + undetermined amounts |

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | $300,000,000.00 |
|---|---|---|---|
| | | | + undetermined amounts |

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | | $550,450,000.00 |
|---|---|---|---|
| | | | + undetermined amounts |

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | | $291,738,500.00 |
|---|---|---|---|
| | | | + undetermined amounts |

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor __Teyma Construction USA, LLC_____     Case number *(if known)*__16-10800__
          Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122   Nonpriority creditor's name and mailing address**                                  $650,000,000.00
                                                                                             + undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE          **As of the petition filing date, the claim is:**
WINCHESTER HOUSE                                     *Check all that apply.*
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM                      ☒ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010
in the principal amount of $650 million plus accrued interest

**Date or dates debt was incurred**                 **Is the claim subject to offset?**
                                                     ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.123   Nonpriority creditor's name and mailing address**                                  $605,495,000.00
                                                                                             + undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE          **As of the petition filing date, the claim is:**
WINCHESTER HOUSE                                     *Check all that apply.*
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM                      ☒ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013
in the principal amount of €550 million plus accrued interest

**Date or dates debt was incurred**                 **Is the claim subject to offset?**
                                                     ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.124   Nonpriority creditor's name and mailing address**                                  $291,738,500.00
                                                                                             + undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE          **As of the petition filing date, the claim is:**
WINCHESTER HOUSE                                     *Check all that apply.*
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM                      ☒ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September
30, 2014 in the principal amount of €265 million plus accrued interest

**Date or dates debt was incurred**                 **Is the claim subject to offset?**
                                                     ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.125   Nonpriority creditor's name and mailing address**                                  $300,000,000.00
                                                                                             + undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE          **As of the petition filing date, the claim is:**
WINCHESTER HOUSE                                     *Check all that apply.*
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM                      ☒ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September
30, 2014 in the principal amount of $300 million plus accrued interest

**Date or dates debt was incurred**                 **Is the claim subject to offset?**
                                                     ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.126   Nonpriority creditor's name and mailing address**                                  $412,837,500.00
                                                                                             + undetermined amounts

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE          **As of the petition filing date, the claim is:**
WINCHESTER HOUSE                                     *Check all that apply.*
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM                      ☒ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015
in the principal amount of €375 million plus accrued interest

**Date or dates debt was incurred**                 **Is the claim subject to offset?**
                                                     ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** **Nonpriority creditor's name and mailing address**

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

$550,450,000.00
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

DEVIN OIL CO. INC
650 N 1ST ST UNIT D
HERMISTON, OR 97838

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

$158,384.27
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

DIAMOND FIBERGLASS
1036 INDUSTRIAL PARK DR
VICTORIA, TX 77905

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

$36,825.28
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

DIAMOND FIBERGLASS
1036 INDUSTRIAL PARK DR
VICTORIA, TX 77905

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

$Undetermined

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

DIXIE-SOUTHERN
9135 58TH DRIVE EAST
BRADENTON, FL 34202

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

$27,742.65
+ undetermined amounts

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

$25,751.87
+ undetermined amounts

DRAKE MATERIALS
5745 N. SCOTTDALE RD, SUITE B.110
SCOTTDALE, AZ 85250

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

$10,651.34
+ undetermined amounts

DURKIN EQUIPMENT COMPANY
CHAFFE ST
ST. LOUIS, MO 63146

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

$718,086.12
+ undetermined amounts

DUSTEX CORPORATION
100 CHASTAIN CENTER BLVD. NW SUITE
KENNESAW, GA 30144

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

$Undetermined

DUSTEX LLC
100 CHASTAIN CENTER BLVD NW
KENNESAW, GA 30144

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

$428,926.62
+ undetermined amounts

EATON CORPORATION LLC
P.O BOX 83631
CHICAGO, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.137 | **Nonpriority creditor's name and mailing address** | | $18,377.13 |
|---|---|---|---|

ECK ECKROHRKESSEL GMBH
AM TREPTOWER PARK 28
BERLIN, 12435 GERMANY

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | | $56.00 |
|---|---|---|---|

ECONOMY POWER & INSTRUMENT
10616 SUMMIT
LENEXA, KS 66215

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | | $32,870,672.20 |
|---|---|---|---|

EL INSTITUTO CREDITO OFICIAL
JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS
PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | | $32,870,672.20 |
|---|---|---|---|

EL INSTITUTO CREDITO OFICIAL
JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS
PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ELLIOT ELECTRICAL SUPPLY, INC.
GILILAND & HAYES, LLC:
CARLOS Z. SMITH, KIETH WITTEN
9225 INDIAN CREEK PARKWAY, SUITE 1070
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    Teyma Construction USA, LLC
          _____
          Name

Case number *(if known)* __16-10800_____

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.142** | **Nonpriority creditor's name and mailing address** | <u>$44,125.16</u>
|  |  | + undetermined amounts

ELLIOTT ELECTRIC SUPPLY
10390 SHADY TRAIL
DALLAS, TX 75220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.143** | **Nonpriority creditor's name and mailing address** | <u>$65,045.40</u>
|  |  | + undetermined amounts

EMERSON PROCESS MANAGEMENT
200 BETA DRIVE
PITTSBURGH, PA 15238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.144** | **Nonpriority creditor's name and mailing address** | <u>$110,412.83</u>
|  |  | + undetermined amounts

ERROL L. MONTGOMERY & ASSOC., INC.
1550 E. PRINCE ROAD
TUCSON, AZ 85719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.145** | **Nonpriority creditor's name and mailing address** | <u>$1,159,422.06</u>
|  |  | + undetermined amounts

ETHOSENERGY - WOOD GROUP INC
10455 SLUSHER DR.
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.146** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

ETHOSENERGY - WOOD GROUP INC
ATTN GENERAL COUNSEL
10455 SLUSHER DR.
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 30 of 87

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** | **Nonpriority creditor's name and mailing address** | $281.00
+ undetermined amounts

EUGENE DANA MERWIN - SPECKS
HILLCREST PLAZA 80866 HWY 395 N
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | $82,745,845.80
+ undetermined amounts

EUROPEAN INVESTMENT BANK
98-100 BLVD KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | $82,745,845.80
+ undetermined amounts

EUROPEAN INVESTMENT BANK
98-100 BLVD KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | $11,840.00
+ undetermined amounts

EXA ARCHITECTS
4544 E CAMP LOWELL DR. SUITE 146
TUCSON, AZ 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | $34,064.45
+ undetermined amounts

EXPERITEC, INC.
504 TRADE CENTER BLVD.
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

### 3.152 Nonpriority creditor's name and mailing address

$170.34
+ undetermined amounts

FACILITY GATEWAY CORPORATION
4920 TRIANGLE ST
MC FARLAND, WI 53558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.153 Nonpriority creditor's name and mailing address

$9,724.91
+ undetermined amounts

FASTENAL
2055 N. 1ST. AVENUE, STE A
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.154 Nonpriority creditor's name and mailing address

$63,005.08
+ undetermined amounts

FASTENERS INC.
5220 E. BROADWAY
SPOKANE, WA 99212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.155 Nonpriority creditor's name and mailing address

$2,086.71
+ undetermined amounts

FEDEX
P. O. BOX 94515
PALATINE, IL 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.156 Nonpriority creditor's name and mailing address

$1,305.28
+ undetermined amounts

FEDEX - PASADENA, CA
PO BOX 7221
PASADENA, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
          _____
          Name

Case number *(if known)* __16-10800__

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.157 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

FHI  PLANT SERVICES INC.
2627 ABELS LANE
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.158 | **Nonpriority creditor's name and mailing address** | | $375,142.14 |
|---|---|---|---|
| | | | + undetermined amounts |

FHI PLANT SERVICES
2672 ABELS LN
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.159 | **Nonpriority creditor's name and mailing address** | | $297,576.16 |
|---|---|---|---|
| | | | + undetermined amounts |

FHI PLANT SERVICES, INC
2672 ABELS LANE
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.160 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

FHI PLANT SERVICES, INC
14525 SW MILLIKAN WAY, #7790
BEAVERTON, OR 97005-2343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.161 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

Fidelity and Deposit Company of Maryland
600 RED BROOK BOULEVARD
4TH FL
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 9096642 issued in favor of State of California.

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Teyma Construction USA, LLC
          _____
          Name                                                    Case number (if known) __16-10800__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.162 | **Nonpriority creditor's name and mailing address** | $Undetermined

Fidelity and Deposit Company of Maryland
600 RED BROOK BOULEVARD
4TH FL
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Bond No. 9096643 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.163 | **Nonpriority creditor's name and mailing address** | $828.82
       | | + undetermined amounts

FLEETCOR TECHNOLOGIES, INC.
420 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.164 | **Nonpriority creditor's name and mailing address** | $3,082.98
       | | + undetermined amounts

FLEETCOR TECHNOLOGIES, INC.
SUITE 100 420 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.165 | **Nonpriority creditor's name and mailing address** | $Undetermined

FLOOR FACTORS INC.
C/O JUSTIN STARK (STARK LAW OFFICE LLC)
1631 N.E. BROADWAY, NO. 526
, OR 97232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.166 | **Nonpriority creditor's name and mailing address** | $8,177.80
       | | + undetermined amounts

FLOWSERVE CORPORATION
1909 EAST CASHDAN ST
RANCHO DOMINGUEZ, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      Teyma Construction USA, LLC
            _____
            Name

Case number (if known)  16-10800

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167**  **Nonpriority creditor's name and mailing address**                                    $102,322.00
                                                                                       + undetermined amounts

FLOWSERVE SPAIN S.L. (SOCIEDAD UNIP
AVDA. FUENTEMAR 26-28 P.I. COSLADA
MADRID, 28823 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                       ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.168**  **Nonpriority creditor's name and mailing address**                                  $1,097,646.50
                                                                                       + undetermined amounts

FLOWSERVE US, INC.
5310 TANEYTOWN PIKE
TANEYTOWN, MD 21787

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                       ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.169**  **Nonpriority creditor's name and mailing address**                                    $57,747.86
                                                                                       + undetermined amounts

FREEPORT LOGISTICS
431 N. 47TH AVENUE
PHOENIX, AZ 85043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                       ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**                                    $96,316.74
                                                                                       + undetermined amounts

GAI - TRONICS CORPORATION
400 400 EAST WYOMISSING AVENUE
MOHNTON, PA 19540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                       ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**                                    $10,150.00
                                                                                       + undetermined amounts

GANNETT FLEMING, INC.
4722 NORTH 24TH STREET
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                       ☒ No
**Last 4 digits of account number**                    ☐ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 35 of 87

Debtor  Teyma Construction USA, LLC
       Name

Case number *(if known)* 16-10800

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.172** | **Nonpriority creditor's name and mailing address** | $74,262.94
+ undetermined amounts

GAUMER COMPANY, INC.
13616 HEMPSTEAD ROAD
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.173** | **Nonpriority creditor's name and mailing address** | $180,938.00
+ undetermined amounts

GE MOBILE WATER INC
4545 PATENT ROAD
NORFOLK, VA 23502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.174** | **Nonpriority creditor's name and mailing address** | $30,219.50
+ undetermined amounts

GENERAL ELECTRIC
4424 WEST SAM HOUSTON PARKWAY NORTH
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.175** | **Nonpriority creditor's name and mailing address** | $105,200.00
+ undetermined amounts

GENERAL ELECTRIC INTERNATIONAL INC
4200 WILDWOOD PARKWAY
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.176** | **Nonpriority creditor's name and mailing address** | $456,520.39
+ undetermined amounts

GENERAL SUPPLY & SERVICES, INC.
1000 BRIDGEPORT AVENUE, 5TH FLOOR
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 36 of 87

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177 Nonpriority creditor's name and mailing address**

GILA BOTTLES
PO BOX 29
GILA BEND, AZ 85337

$192.06
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 Nonpriority creditor's name and mailing address**

GRUPO TRUPUT S.R.L.
YAGUARON 1407 OF 1403
MONTEVIDEO, 11.1 SPAIN

$16,000.00
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 Nonpriority creditor's name and mailing address**

H&E EQUIPMENT SERVICES
TIMOTHY G. SCANLON; KLIEN, DENATALE, GOLDNER,
COOPER, ROSNELIES &* KIMBALL, LLP
4550 CALFIORNIA AVE., 2ND FL
BAKERSFIELD, CA 93309

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 Nonpriority creditor's name and mailing address**

H2O ENVIRONMENTAL SERVICES
6679 S SUPPLY WAY, BOISE ID 83716
CHANDLER, AZ 85246

$134.25
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 Nonpriority creditor's name and mailing address**

HANSON PRESSURE PIPE
1003 N. MACARTHUR BLVD
GRAND PRAIRIE, TX 75050

$323,204.24
+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** | **Nonpriority creditor's name and mailing address** | $Undetermined

HARRIS REBAR COLUMBIA BASIN INC.
C/O JOHN P. AHLERS - AHLERS & CRESSMAN PLLC
999 THIRD AVE. SUITE 3800
SEATTLE, WA 98104

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | $Undetermined

HD SUPPLY
6250 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | $27,893.29
| | + undetermined amounts

HD SUPPLY CONSTRUCTION SUPPLY, LTD.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA, GA 30330

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | $1,782.00

HD SUPPLY CONSTRUCTION SUPPLY, LTD.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA, GA 30330

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Abeinsa Abeima Teyma General Partnership - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | $301,817.37
| | + undetermined amounts

HD SUPPLY-WHITE CAP CONSTRUCTION
6250 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 38 of 87

Debtor    Teyma Construction USA, LLC
           _____
           Name

Case number (if known) 16-10800
                       _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.187 | **Nonpriority creditor's name and mailing address** | | $427,766.04 |
|---|---|---|---|

HEAT TREATING INC.
6740 SE 110TH STREET UNIT #508
BELLEVIEW, FL 34420

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.188 | **Nonpriority creditor's name and mailing address** | | $113,640.95 |
|---|---|---|---|

HILTI, INC.
5400 S 122ND EAST AVENUE
TULSA, OK 74146

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.189 | **Nonpriority creditor's name and mailing address** | | $20,129.24 |
|---|---|---|---|

IBT INC
9400 WEST 55TH STREET
MERRIAM, KS 66203

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.190 | **Nonpriority creditor's name and mailing address** | | $18,354.29 |
|---|---|---|---|

ICON SOLUTIONS
1234 E 37TH STREET NORTH
WICHITA, KS 67219

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.191 | **Nonpriority creditor's name and mailing address** | | $147,523.96 |
|---|---|---|---|

IDEMITSU LUBRICANTS AMERICA CORPOR.
701 PORT ROAD
JEFFERSONVILLE, IN 47130

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

IDENAYR, S.L.
ILDEFONSO MANUEL GIL 31,9° I
ZARAGOSA, 50018 SPAIN

**$29,065.77**
+ undetermined amounts

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**                  Is the claim subject to offset?

**Last 4 digits of account number**                  ☒ No
                                                        ☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

ILLINOIS ELECTRIC WORKS
2161 ADAMS ST
GRANITE CITY, IL 62040

**$1,653.00**
+ undetermined amounts

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**                  Is the claim subject to offset?

**Last 4 digits of account number**                  ☒ No
                                                        ☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

INABENSA USA
3030 N. CENTRAL AVE.
SUITE 1207
PHOENIX, AZ 85012

**$214,123.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined        Is the claim subject to offset?

**Last 4 digits of account number**                  ☒ No
                                                        ☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

INGENIERÍA Y MONTAJES LOINTEK, S.L.
AITA GOTZON, 37
URDULIZ (VIZCAYA), 48610 SPAIN

**$1,642,687.15**
+ undetermined amounts

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**                  Is the claim subject to offset?

**Last 4 digits of account number**                  ☒ No
                                                        ☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

INSTALACIONES INABENSA S.A.
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS
41014, SEVILLE

SPAIN

**$147,691.01**
+ undetermined amounts

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**                  Is the claim subject to offset?

**Last 4 digits of account number**                  ☒ No
                                                        ☐ Yes

---

Debtor    Teyma Construction USA, LLC                                    Case number *(if known)*  16-10800
_____                            _____
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.197 | **Nonpriority creditor's name and mailing address** | | $30,961.33 |
|---|---|---|---|

INSTALACIONES INABENSA S.A.                          **As of the petition filing date, the claim is:**
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS   *Check all that apply.*
41014, SEVILLE
                                                   ☐ Contingent
 SPAIN                                             ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                                   ☒ No
**Last 4 digits of account number**                 ☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | | $17,542.36 |
|---|---|---|---|
| | | | + undetermined amounts |

INSTRUMENTACIÓN Y CALIBRACIÓN INDUS                  **As of the petition filing date, the claim is:**
P.I. LOS LLANOS C/ EXTREMADURA 145                  *Check all that apply.*
SALTERAS, 41909 SPAIN
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**                  **Is the claim subject to offset?**
                                                   ☒ No
**Last 4 digits of account number**                 ☐ Yes

| 3.199 | **Nonpriority creditor's name and mailing address** | | $4,445.90 |
|---|---|---|---|
| | | | + undetermined amounts |

ISCO INDUSTRIES, INC.                               **As of the petition filing date, the claim is:**
926 BAXTER AVENUE                                   *Check all that apply.*
LOUISVILLE, KY 40204
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                  **Is the claim subject to offset?**
                                                   ☒ No
**Last 4 digits of account number**                 ☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | | $8,102.89 |
|---|---|---|---|
| | | | + undetermined amounts |

JACK D SHAFER                                       **As of the petition filing date, the claim is:**
4112 FISHER AVENUE                                  *Check all that apply.*
MIDDLETOWN, OH 45042
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**                  **Is the claim subject to offset?**
                                                   ☒ No
**Last 4 digits of account number**                 ☐ Yes

| 3.201 | **Nonpriority creditor's name and mailing address** | | $1,532,713.90 |
|---|---|---|---|
| | | | + undetermined amounts |

JANUS FIRE SYSTEMS                                  **As of the petition filing date, the claim is:**
1102 RUPCICH DRIVE                                  *Check all that apply.*
CROWN POING, IN 46307
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**                  **Is the claim subject to offset?**
                                                   ☒ No
**Last 4 digits of account number**                 ☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.202** | **Nonpriority creditor's name and mailing address** | $Undetermined

JANUS FIRE SYSTEMS
ATTN GENERAL COUNSEL
1102 RUPCICH DRIVE
CROWN POINT, IN 46307

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | $19,312.50
+ undetermined amounts

JBR1 INDUSTRIAL SERVICES, L.L.C.
4006 N. HWY 16
BAYTOWN, TX 77520

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | $280,299.36
+ undetermined amounts

JENIKE & JOHANSON
400 BUSINESS PARK DRIVE
, MA 1879

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | $183,175.14
+ undetermined amounts

JOHNSON MARCH INC.
220 RAILROAD DRIVE
INVYLAND, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | $4,606.34
+ undetermined amounts

JOSE RUIZ GRANADOS
PLAZA DE LA MAGDALENA, 9 PL. 2
SEVILLA, 41001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | | $553.36 |
|---|---|---|---|
| | | | + undetermined amounts |

KBL INC DBA ABADAN
79 AARON DR
RICHLAND, WA 99352

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | | $2,230.00 |
|---|---|---|---|
| | | | + undetermined amounts |

KENOCRANE INC
2425 S LEONNINE RD
WICHITA, KS 67217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | | $290.00 |
|---|---|---|---|
| | | | + undetermined amounts |

KNIGHTHAWK ENGINEERING, INC
KNIGHTHAWK ENGINEERING, INC
HOUSTON, TX 77058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | | $350,006.00 |
|---|---|---|---|
| | | | + undetermined amounts |

KONECRANES INC
10310-2 PIONEER BLVD
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | | $24,285.81 |
|---|---|---|---|
| | | | + undetermined amounts |

KRIZ DAVIS CO.
2400 W. THIRD ST
GRAND ISLAND, NE 68803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 43 of 87 |
|---|---|---|

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.212 | **Nonpriority creditor's name and mailing address** | | $98,753.23 |
|---|---|---|---|
| | | | + undetermined amounts |

KUMAR INDUSTRIES
4775 CHINO AVENUE
CHINO, CA 91710

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

KUMAR INDUSTRIES INC.
4775 CHINO AVENUE
CHINO, CA 91710

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | | $4,148,963.00 |
|---|---|---|---|
| | | | + undetermined amounts |

LA CAIXA
CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA
SEVILLA, SPAIN

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | | $4,105,256.63 |
|---|---|---|---|
| | | | + undetermined amounts |

LA CAIXA
CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA
SEVILLA, SPAIN

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

LAMPSON INTERNATIONAL, LLC
RETTIG OSBORNE FORGETTE, LLP
6725 W. CLEARWATER AVENUE
KENNEWICK, WA 99336

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.217**   **Nonpriority creditor's name and mailing address**                                                                     $288,293.70
+ undetermined amounts

LAMPSON INTERNATIONAL, LLC.
607 E. COLUMBIA DRIVE
KENNEWICK, WA 99336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218**   **Nonpriority creditor's name and mailing address**                                                                     $4,926.08
+ undetermined amounts

LEEWARD USA, INC.
80 BROAD STREET SUITE 2103
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219**   **Nonpriority creditor's name and mailing address**                                                                     $Undetermined

LENNON CRANE
17131 BEATON RD SE
MONROE, WA 98272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220**   **Nonpriority creditor's name and mailing address**                                                                     $152,523.50
+ undetermined amounts

LENNON CRANE & EQUIPMENT CO. INC
17131 BEATON RD SE
MONROE, WA 98272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221**   **Nonpriority creditor's name and mailing address**                                                                     $64,736.31
+ undetermined amounts

LIBERTY INDUSTRIAL GROUP, INC
1132 SOUTH 500 WEST
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.223 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.224 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.225 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.226 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 017150899 issued in favor of State of California.

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227** Nonpriority creditor's name and mailing address — $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Bond No. 017150900 issued in favor of State of California.

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.228** Nonpriority creditor's name and mailing address — $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Bond No. 017150853 issued in favor of State of Oregon.

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.229** Nonpriority creditor's name and mailing address — $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Bond No. 017150903 issued in favor of Florida Construction Industry Licensing Board.

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.230** Nonpriority creditor's name and mailing address — $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Bond No. 017150858 issued in favor of State of New Mexico.

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address — $Undetermined

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential liability as general partner of AAT - Bond No. 017150859 issued in favor of State of Arizona.

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.232 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150864 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.233 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 019048228 issued in favor of Florida Construction Industry Licensing Board.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.234 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 019048242 issued in favor of State of Nevada.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.235 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150884, 9130851 issued in favor of Portland General Electric Company

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.236 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

Liberty Mutual Insurance Company
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Bond No. 017150926 issued in favor of Portland General Electric Company

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** | **Nonpriority creditor's name and mailing address** | $Undetermined

Liberty Mutual Insurance Company,Fidelity and Deposit Company of Maryland
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Bond No. 017150892,9130854 issued in favor of MMC Contractors National, Inc..

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | $601,811.24
+ undetermined amounts

LISEGA INC
370 E DUMPLING VALLEY ROAD
KODAK, TN 37764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | $Undetermined

LISEGA INC
SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP
121 SW MORRISON, SUITE 1025
PORTLAND, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | $12,121.76
+ undetermined amounts

LOGIC
890
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | $24,202.58
+ undetermined amounts

LUDVIK ELECTRIC CO
1020 E. UNIVERSITY DR.
PHOENIX, AZ 85034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Teyma Construction USA, LLC
          _____
          Name

Case number *(if known)*  16-10800

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242**  **Nonpriority creditor's name and mailing address**                                    $54.91
                                                                                    + undetermined amounts

M&M PORTABLE TOILETS                      **As of the petition filing date, the claim is:**
108 N.MARTIN AVENUE, REARYARD             *Check all that apply.*
GILA BEND, AZ 85337
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**      **Is the claim subject to offset?**
                                          ☒ No
**Last 4 digits of account number**       ☐ Yes

---

**3.243**  **Nonpriority creditor's name and mailing address**                                  $5,592.00
                                                                                    + undetermined amounts

MADDEN OIL                                **As of the petition filing date, the claim is:**
211 S KANSAS AVE                          *Check all that apply.*
LIBERAL, KS 67905
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**      **Is the claim subject to offset?**
                                          ☒ No
**Last 4 digits of account number**       ☐ Yes

---

**3.244**  **Nonpriority creditor's name and mailing address**                              $Undetermined

MAINE AUTOMATION                          **As of the petition filing date, the claim is:**
GOODELL, STRATTON EDMONDS & PALMER, LLP   *Check all that apply.*
RICHARD J. RAIMOND
515 S. KANSAS AVENUE                      ☒ Contingent
TOPEKA, KS 66603                          ☒ Unliquidated
                                          ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**      **Is the claim subject to offset?**
                                          ☒ No
**Last 4 digits of account number**       ☐ Yes

---

**3.245**  **Nonpriority creditor's name and mailing address**                                $131,306.57
                                                                                    + undetermined amounts

MAINE AUTOMATION INC.                     **As of the petition filing date, the claim is:**
PO BOX 1302                               *Check all that apply.*
WESTBROOK, ME 04098
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**      **Is the claim subject to offset?**
                                          ☒ No
**Last 4 digits of account number**       ☐ Yes

---

**3.246**  **Nonpriority creditor's name and mailing address**                                  $3,537.60
                                                                                    + undetermined amounts

MATCOR, INC.                              **As of the petition filing date, the claim is:**
101 LIBERTY LANE                          *Check all that apply.*
CHALFONT, PA 18914
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**      **Is the claim subject to offset?**
                                          ☒ No
**Last 4 digits of account number**       ☐ Yes

---

Debtor   Teyma Construction USA, LLC
‎         Name

Case number (if known)  16-10800

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247**   **Nonpriority creditor's name and mailing address**

$233,845.79
+ undetermined amounts

MATRIX SERVICES, INC.
5100 E. SKELLY DR.
TULSA, OK 74135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.248**   **Nonpriority creditor's name and mailing address**

$72,944.00
+ undetermined amounts

MEAD O'BRIEN, INC.
10800 MIDWEST INDUSTRIAL BLVD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.249**   **Nonpriority creditor's name and mailing address**

$Undetermined

MEAD O'BRIEN, INC.
C/O  DOUGLAS M. WEEMS, THOMAS HIATT
1000 WALNUT ST., SUITE 1400
KANSAS CITY, MO 64106-2140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.250**   **Nonpriority creditor's name and mailing address**

$18,862.69
+ undetermined amounts

MEAD OBRIEN INC
10800 MIDWEST INDUSTRIAL BOULEVARD
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.251**   **Nonpriority creditor's name and mailing address**

$58,659.00
+ undetermined amounts

METROPOLITAN INDUSTRIES, INC.
37 FORESTWOOD DRIVE
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
_____    Case number (if known)  16-10800
Name

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.          **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.252 | **Nonpriority creditor's name and mailing address** | | $180,531.51 |
| | | | + undetermined amounts |

MICHELS CORPORATION
1775 EAST SHADY LANE
NEENAH, WI 54956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.253 | **Nonpriority creditor's name and mailing address** | | $2,718.92 |
| | | | + undetermined amounts |

MID STATES SUPPLY
4665 E. 31ST ST. S.
WICHITA, KS 67210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.254 | **Nonpriority creditor's name and mailing address** | | $8,000.00 |
| | | | + undetermined amounts |

MIGUEZ REIN ING CONSULT S.L.
BATALLA DE BAILEN 4,BLQE 2 5ºC
COLLADO VILLALBA MADRID SPAIN, 28400 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.255 | **Nonpriority creditor's name and mailing address** | | $22,241.25 |
| | | | + undetermined amounts |

MILLER AND SONS WELDING, INC.
61384 DEE COX ROAD
HEPPNER, OR 97836

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.256 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

MILLER INSULATION CO., INC.
2615 INDUSTRY DR.
CHEYENNE, WY 82007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**          ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 52 of 87

Debtor  Teyma Construction USA, LLC
_____
Name

Case number *(if known)* 16-10800 _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.257 | **Nonpriority creditor's name and mailing address** | | $31,128.82 |

MISTRAS GROUP, INC.
7820 SOUTH 210TH STREET, SUITE 110
KENT, WA 98032

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | | $8,359,094.00 |

MMC CONTRACTORS NATIONAL, INC.
C/O DUBOIS, BRYANT & CAMPBELL, LLP
MATTHEW SULLIVAN & DAVID ROWE
700 LAVACA ST., SUITE 1300
AUSTIN, TX 78701

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.259 | **Nonpriority creditor's name and mailing address** | | $64,411.83 |

MOBILE FORCE LLC
5283 SOUTH DESERT VIEW DR.
APACHE JUNCTION, AZ 85220

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.260 | **Nonpriority creditor's name and mailing address** | | $1,259.50 |

MODULAR SPACE CORPORATION
1200 SWEDESFORD RD
BERWYN, PA 19312

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.261 | **Nonpriority creditor's name and mailing address** | | $1,050.00 |

MOTT CORPORATION
84 SPRING LANE
FARMINGTON, CT 06032

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262** | **Nonpriority creditor's name and mailing address** | $Undetermined

MURRAY PLUMBING & HEATING CORP.
ARENT FOX LLP
JERROLD ABELES, KAREN VAN ESSEN
555 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | $15,698.30
| | + undetermined amounts

NALCO DATA MOBILITY SYSTEMS
358 US ROUTE ONE
FALMOUTH, ME 04105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267** | Nonpriority creditor's name and mailing address | $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.268** | Nonpriority creditor's name and mailing address | $Undetermined

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.269** | Nonpriority creditor's name and mailing address | $Undetermined

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.270** | Nonpriority creditor's name and mailing address | $Undetermined

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.271** | Nonpriority creditor's name and mailing address | $Undetermined

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.272**  **Nonpriority creditor's name and mailing address**                                                          $4,658.96
                                                                                                   + undetermined amounts

NCSG CRANE & HEAVY HAUL SERVICES
701 NORTH HOOPER
SODA SPRINGS, ID 83276

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273**  **Nonpriority creditor's name and mailing address**                                                        $225,921.61
                                                                                                   + undetermined amounts

NEGOCIOS INDUSTRIALES Y COMERCIALES S.A.
PASEO DE LA CASTELLANA
43
MADRID, 28046 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274**  **Nonpriority creditor's name and mailing address**                                                        $274,197.21
                                                                                                   + undetermined amounts

NEGOCIOS INDUSTRIALES Y COMERCIALES S.A.
PASEO DE LA CASTELLANA
43
MADRID, 28046 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275**  **Nonpriority creditor's name and mailing address**                                                         $79,376.00
                                                                                                   + undetermined amounts

NEPTUNE CHEMICAL PUMP COMPANY
295 DEKALB PIKE
NORTH WALES, PA 19454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276**  **Nonpriority creditor's name and mailing address**                                                          $5,996.32
                                                                                                   + undetermined amounts

NEWJAC, INC
415 SOUTH GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Teyma Construction USA, LLC
_____
Name

Case number (if known) ___16-10800___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277**

**Nonpriority creditor's name and mailing address**

$38,923.20
+ undetermined amounts

NEWJAC, INC.
415 S. GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**

$1,847,998.59
+ undetermined amounts

NEWJAC, INC.
415 S. GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279**

**Nonpriority creditor's name and mailing address**

$1,940,389.95
+ undetermined amounts

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.280**

**Nonpriority creditor's name and mailing address**

$447,244.19
+ undetermined amounts

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.281**

**Nonpriority creditor's name and mailing address**

$60,000.00
+ undetermined amounts

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.282 | **Nonpriority creditor's name and mailing address** | | $85,179.77 |
|---|---|---|---|
| | | | + undetermined amounts |

NORCO INC
1125 W AMITY RD
BOISE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NORCO INC.
1125 W AMITY RD
BOISE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | | $20,225.00 |
|---|---|---|---|
| | | | + undetermined amounts |

NW LININGS & GEOTEXTILE PRODUCTS
21000 77TH AVE S
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | | $3,262.00 |
|---|---|---|---|
| | | | + undetermined amounts |

NW LININGS & GEOTEXTILE PRODUCTS
21000 77TH AVE S
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | | $110,184.09 |
|---|---|---|---|
| | | | + undetermined amounts |

NW METAL FABRICATORS
80496 HWY 395 N.
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Teyma Construction USA, LLC
_____
          Name

Case number (if known) 16-10800
                       _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287**  **Nonpriority creditor's name and mailing address**                                        $Undetermined

NW METAL FABRICATORS
80496 HWY 395 N.
HERMISTON, OR 97838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.288**  **Nonpriority creditor's name and mailing address**                                        $58.41
                                                                                      + undetermined amounts

OFFICE FURNITURE SOLUTIONS
12822 W.ALEGRE ROAD DRIVE
LITCHFIELD PARK, AZ 85340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.289**  **Nonpriority creditor's name and mailing address**                                        $101,618.16
                                                                                      + undetermined amounts

OXARC, INC.
4003 E. BROADWAY
SPOKANE, WA 99202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.290**  **Nonpriority creditor's name and mailing address**                                        $98,151.58
                                                                                      + undetermined amounts

P & R METALS, INC.
4017 RICHARD ARRINGTON BLVD. NORTH
BIRMINGHAM, AL 35212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.291**  **Nonpriority creditor's name and mailing address**                                        $58,315.85
                                                                                      + undetermined amounts

PACIFIC MECHANICAL SUPPLY
13705 MILLROY PLACE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
          _____
          Name

Case number *(if known)* 16-10800

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292** | **Nonpriority creditor's name and mailing address** | $Undetermined

PACIFIC MECHANICAL SUPPLY
13705 MILROY PLACE
SANTA FE SPRINGS, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | $7,547.43
| | + undetermined amounts

PACIFIC POWER
825 NE MULTNOMAH ST.
PORTLAND, OR 97232

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | $985.60
| | + undetermined amounts

PANHANDLE MAINTENANCE LLC
1111 TENN STREET
BORGER, TX 79007

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | $342,282.97
| | + undetermined amounts

PATRIOT MODULAR
120 BEARLE STREET
PASADENA, TX 77506

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | $2,906.49
| | + undetermined amounts

PENDLETON ELECTRIC, CO.
338 NW 57TH DR
, OR 97801

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | Nonpriority creditor's name and mailing address | $18,517.82
+ undetermined amounts

PENTAIR
SUITE 200 10707 CLAY ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | $15,281.91
+ undetermined amounts

PENTAIR
SUITE 200 10707 CLAY ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | $28,112.00
+ undetermined amounts

PEPPERL & FUCHS, INC.
1600 ENTERPRISE PARKWAY
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | $18,089.31
+ undetermined amounts

PERI FORMWORK SYSTEMS INC.
7135 DORSEY RUN ROAD
ELKRIDGE, MD 21075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | $Undetermined

PHOENIX NATIONAL LABORATORIES
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.302** | **Nonpriority creditor's name and mailing address** | $Undetermined

PHOENIX NATIONAL LABORATORIES
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | $422,110.00
| | + undetermined amounts

PHOENIX NATIONAL LABORATORIES INC.
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | $3,385.20
| | + undetermined amounts

PHOENIX NATIONAL LABORATORIES, INC.
2837 E. CHAMBERS ST.
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | $26,426.00
| | + undetermined amounts

PHOENIX PUMPS, INC.
5100 36TH STREET
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | $450,635.84
| | + undetermined amounts

PINNACLE SALES INC.
530 INDUSTRIAL DRIVE, SUITE #556
NAPERVILLE, IL 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307**   **Nonpriority creditor's name and mailing address**    $Undetermined

PINNACLE SALES INC.
530 INDUSTRIAL DRIVE, SUITE #556
NAPERVILLE, IL 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.308**   **Nonpriority creditor's name and mailing address**    $14.40
+ undetermined amounts

PIONEER ELECTRIC COOPERATIVE, INC
1850 W OKLAHOMA AVE
ULYSSES, KS 67880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309**   **Nonpriority creditor's name and mailing address**    $Undetermined

PIONEER INDUSTRIAL CORPORATION
400 RUSSELL BLVD.
ST. LOUIS, MO 63104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.310**   **Nonpriority creditor's name and mailing address**    $18,684.28
+ undetermined amounts

POLYGON US CORPORATION
BLDG F 15 SHARPNERS POND ROAD
NORTH ANDOVER, MA 01845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.311**   **Nonpriority creditor's name and mailing address**    $2,057,563.24
+ undetermined amounts

POPULAR
CALLE ALCALA NO. 26 , MADRID ESPAN
MADRID, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Financing Debt Obligation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.312 | **Nonpriority creditor's name and mailing address** | | $2,808.76 |
|---|---|---|---|
| | | | + undetermined amounts |

POWER LINE SOLUTIONS
321 24TH ST.
SAN LEON, TX 77539

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.313 | **Nonpriority creditor's name and mailing address** | | $82,000.46 |
|---|---|---|---|
| | | | + undetermined amounts |

PRAXAIR DISTRIBUTION INC
2506 IRVING BLVD
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.314 | **Nonpriority creditor's name and mailing address** | | $65,575.88 |
|---|---|---|---|
| | | | + undetermined amounts |

PROCESS EQUIPMENT & CONTROLS, INC
15954 MAR-LEN ROAD NUM 312
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.315 | **Nonpriority creditor's name and mailing address** | | $37,535.68 |
|---|---|---|---|
| | | | + undetermined amounts |

QUALITY INSPECTION SERVICES, INC.
2011 ROBERTSON DRIVE
RICHLAND, WA 99354

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.316 | **Nonpriority creditor's name and mailing address** | | $1,802.24 |
|---|---|---|---|
| | | | + undetermined amounts |

RALPH'S CONCRETE PUMPING INC.
1529 RAINIER AVE S
SEATTLE, WA 98144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.317 | **Nonpriority creditor's name and mailing address** | | $4,458.91 |
|---|---|---|---|

RED-D-ARC INC.
7315 NE 43 AVE
VANCOUVER, WA 98661

+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.318 | **Nonpriority creditor's name and mailing address** | | $15,662.75 |
|---|---|---|---|

REFINER PRODUCTS MANUFACTURING
10807 HASTINGS MILLS LANE
CHARLOTTE, NC 28277

+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.319 | **Nonpriority creditor's name and mailing address** | | $625,178.83 |
|---|---|---|---|

RESOURCE WEST INC.
326 MAIN ST., SUITE 230
GRAND JUNCTION, CO 81501

+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.320 | **Nonpriority creditor's name and mailing address** | | $1,663,072.38 |
|---|---|---|---|

ROYAL BANK OF SCOTLAND
PO BOX 1000
GOGARBURN
EDINBURGH, CT EH12 1HQ UNITED KINGDOM

+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Financing Debt Obligation (PPB)

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.321 | **Nonpriority creditor's name and mailing address** | | $1,435,675.93 |
|---|---|---|---|

ROYAL BANK OF SCOTLAND
PO BOX 1000
GOGARBURN
EDINBURGH, CT EH12 1HQ UNITED KINGDOM

+ undetermined amounts

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Financing Debt Obligation

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** Nonpriority creditor's name and mailing address

$79,414.58
+ undetermined amounts

RS MANAGEMENT SERVICES CO.
2410 SE 121ST, SUITE 100
PORTLAND, OR 97216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.323** Nonpriority creditor's name and mailing address

$120,238.24
+ undetermined amounts

S1 SAFETY FIRST INC
218 E BEARSS AVE # 337
TAMPA, FL 33613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.324** Nonpriority creditor's name and mailing address

$Undetermined

SAFECO Insurance Company of America
SAFECO PLAZA
1001 FOURTH AVENUE
SEATTLE, WA 98154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Bond No. 6693496 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.325** Nonpriority creditor's name and mailing address

$823,117.78
+ undetermined amounts

SAFWAY SERVICES, LLC
1523 E. HILLSBORO AVENUE
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.326** Nonpriority creditor's name and mailing address

$Undetermined

SAFWAY SERVICES, LLC
1523 E. HILLSBORO AVENUE
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|--------|------------------------------|-----------------------------------|
|        | Name                         |                                   |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.327**  **Nonpriority creditor's name and mailing address**                               $29,467.97
                                                                        + undetermined amounts

SANITARY DISPOSAL, INC.
P.O. BOX 316
HERMISTON, OR 97383

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.328**  **Nonpriority creditor's name and mailing address**                               $435,982.25
                                                                        + undetermined amounts

SARGENT & LUNDY
8063 SOLUTIONS CENTER
CHICAGO, IL 60677

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.329**  **Nonpriority creditor's name and mailing address**                               $Undetermined

SARGENT & LUNDY
55 EAST MONROE ST
CHICAGO, IL 60603

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.330**  **Nonpriority creditor's name and mailing address**                               $15,385.95
                                                                        + undetermined amounts

SATELLITE SHELTERS, INC.
3370 N JACKSON AVENUE
KANSAS CITY, MO 64117

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.331**  **Nonpriority creditor's name and mailing address**                               $Undetermined

SATELLITE SHELTERS, INC.
C/O BRAD K. THOENEN
2323 GRAND BLVD., SUITE 1000
KANSAS CITY, MO 64108

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.332 | **Nonpriority creditor's name and mailing address** | $286,726.95 |
|---|---|---|

+ undetermined amounts

SCHAEDLER ENTERPRISES INC.
1831 E. MANHATTAN BLVD.
TOLEDO, OH 43608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

SCHAEDLER ENTERRPISE (AKA: SCHEDULER)
C/O RICK DAVIS LEGAL
5251 W 116TH PL, SUITE 200
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | $47,800.00 |
|---|---|---|

+ undetermined amounts

SCHWEITZER ENGINEERING LABORATORIES
2350 NE HOPKINS COURT
PULLMAN, WA 99163

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | $9,800.00 |
|---|---|---|

+ undetermined amounts

SEAL LABS. (EAG, INC)
2710 WALSH AVENUE
SANTA CLARA, CA 95051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | $13,384.00 |
|---|---|---|

+ undetermined amounts

SEFCOR, INC.
1150 UNIFORM ROAD
GRIFFIN, GA 30224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Teyma Construction USA, LLC
         Name

Case number *(if known)* 16-10800

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.337** | **Nonpriority creditor's name and mailing address** | $1,956.52
+ undetermined amounts

SEWARD COUNTY WASTE MANAGEMENT
1703 E 8TH ST.
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.338** | **Nonpriority creditor's name and mailing address** | $59,647.00
+ undetermined amounts

SHELTER ONE, INC.
5887 MONUMENT DRIVE
GRANTS PASS, OR 97526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.339** | **Nonpriority creditor's name and mailing address** | $7,136,015.04
+ undetermined amounts

SIEMENS ENERGY, INC.
4400 ALAFAYA TRAIL
ORLANDO, FL 32826

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.340** | **Nonpriority creditor's name and mailing address** | $Undetermined

SIEMENS INDUSTRIES
135 SUMMERVIEW RD
BUFFALO, NY 12441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.341** | **Nonpriority creditor's name and mailing address** | $26,993.85
+ undetermined amounts

SIEMENS INDUSTRY, INC.
135 SUMMERVIEW ROAD
BUFFALO, NY 12441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)*  16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.342**

**Nonpriority creditor's name and mailing address**

$883.08
+ undetermined amounts

SIMOSA IT
AV. DE LA BUHAIRA, 28
SEVILLA, 41018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.343**

**Nonpriority creditor's name and mailing address**

$2,862.01
+ undetermined amounts

SIMOSA IT
AV. DE LA BUHAIRA, 28
SEVILLA, 41018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.344**

**Nonpriority creditor's name and mailing address**

$1,774.14

SIMOSA IT
AV. DE LA BUHAIRA, 28
SEVILLA, 41018 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.345**

**Nonpriority creditor's name and mailing address**

$9,512.20
+ undetermined amounts

SIMOSA IT USA
16150 MAIN CIRCLE DR, STE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.346**

**Nonpriority creditor's name and mailing address**

$1,902.39
+ undetermined amounts

SIMOSA IT USA
16150 MAIN CIRCLE DR, STE 300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor   Teyma Construction USA, LLC
_____
         Name

Case number (if known) 16-10800

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.347 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

SLATER CONTROLS
C/O STEWART MCKEEHAN
617 E. 7TH ST.
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Litigation Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | | $15,827.34 |
|---|---|---|---|
| | | | + undetermined amounts |

SMITH PRECAST INC DBA
2410 W. BROADWAY RD
PHOENIX, AZ 85041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | | $1,454,267,982.90 |
|---|---|---|---|
| | | | + undetermined amounts |

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | | $1,454,267,982.90 |
|---|---|---|---|
| | | | + undetermined amounts |

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | | $1,100,900.00 |
|---|---|---|---|
| | | | + undetermined amounts |

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.352** | **Nonpriority creditor's name and mailing address** | $1,100,900.00
+ undetermined amounts

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | $216,893.82
+ undetermined amounts

SPX COOLING TECHNOLOGIES
7401 W. 129TH STREET
OVERLAND PARK, KS 66213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | $888,095.12
+ undetermined amounts

SPX CORPORATION
19191 HEMPSTEAD HIGHWAY
HOUSTON, TX 77065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | $371,704.00
+ undetermined amounts

SPX HEAT TRANSFER LLC
2121 NORTH 161ST EAST AVENUE
TULSA, OK 74116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | $Undetermined

STAINLESS VALVE CO., INC.
4811 PERSIMMON COURT
MONROE, NC 28110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.357** | **Nonpriority creditor's name and mailing address** | $54,912.00
+ undetermined amounts

STANDARD XCHANGE
175 STANDARD PARKWAY
CHEEKTOWAGA, NY 14227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | $Undetermined

STOLZ, S.A.
FUERTEVENTURA 4, PL.1-PTA1
SAN SEBASTIÁN DE LOS REYES (MADRID), 28703 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | $199,301.24
+ undetermined amounts

STOPPEL DIRT
910 W. EDELLE
SUBLETTE, KS 67877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | $Undetermined

STOPPEL DIRT INC.
CALIHAN, BROWN, BURGARDT & DOUGLAS, PA
E. EDWARD BROWN
212 W. PINE STREET, P.O. BOX 1016
GARDEN CITY, KS 67846

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | $17,243.03
+ undetermined amounts

STRAIGHT ARROW CONTRACTING
10120 W SOUTHERN AVE
TOLLESON, AZ 85353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    Teyma Construction USA, LLC
          _____
          Name

Case number *(if known)* 16-10800
          _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address** | | $13,007.01 |
|---|---|---|---|

$13,007.01
+ undetermined amounts

STREIMER SHEET METAL WORKS, INC.
740 NORTH KNOTT STREET
PORTLAND, OR 97227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

STREIMER SHEET METAL WORKS, INC.
740 NORTH KNOTT STREET
PORTLAND, OR 97227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

SULZER PUMP SERVICES US INC.
ALEX MITCHELL LAW OFFICE P.A.
ALEXANDER B. MITCHELL, II
5838 W. 21ST STREET NORTH, SUITE 100
WICHITA, KS 67205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | | $160,329.04 |
|---|---|---|---|

$160,329.04
+ undetermined amounts

SULZER PUMPS SERVICES (US) INC.
21201 E. 31ST CIR.
AURORA, CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | | $654.45 |
|---|---|---|---|

$654.45
+ undetermined amounts

SUMMIT FIRE PROTECTION
38 FOUNTAIN SQUARE
CINCINATTI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor      Teyma Construction USA, LLC
            _____
            Name

Case number *(if known)* _16-10800_

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367**   **Nonpriority creditor's name and mailing address**                                      $Undetermined

SUMMIT FIRE PROTECTION CO.
HORN AYLWARD & BANDY, LLC
DANNE W. WEBB, ANDREA MCMURTRY, MATTHEW SWIFT
2600 GRAND BLVD, SUITE 1100
KANSAS CITY, MO 64151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368**   **Nonpriority creditor's name and mailing address**                                      $114,755.00
                                                                                                    + undetermined amounts

SUMMIT FIRE PROTECTION COMPANY
575 MINNEHAHA W.
ST. PAUL, MN 55103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369**   **Nonpriority creditor's name and mailing address**                                      $883,732.48
                                                                                                    + undetermined amounts

SUN RENTAL CENTER
1351 DALLES MILITARY RD
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370**   **Nonpriority creditor's name and mailing address**                                      $Undetermined

SUNRISE STAFFING SERVICES LLC
YOXALL, ANTRIM, FOREMAN & FRYMIRE, LLP
RICHARD R. YOXALL
101 WEST FOURTH STREET
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.371**   **Nonpriority creditor's name and mailing address**                                      $79,877.94
                                                                                                    + undetermined amounts

SUNRISE STAFFING, LLC
322 N. LINCOLN AVE
LIBERAL, KS 67901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|--------|------------------------------|-----------------------------------|
|        | Name                         |                                   |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.372 | **Nonpriority creditor's name and mailing address** | | $1,792.62 |
|---|---|---|---|
| | | | + undetermined amounts |

TATRO PLUMBING CO, INC
1285 ACRAWAY, SUITE 300
GSARDEN CITY, KS 67846

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.373 | **Nonpriority creditor's name and mailing address** | | $23,926.32 |
|---|---|---|---|
| | | | + undetermined amounts |

TDS RENTALS & LEASING, LLC
15825 TRINITY BLVD.
FORT WORTH, TX 76155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.374 | **Nonpriority creditor's name and mailing address** | | $177,115.59 |
|---|---|---|---|
| | | | + undetermined amounts |

TELVENT USA LLC
1390 PICCARD DRIVE SUITE 200
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.375 | **Nonpriority creditor's name and mailing address** | | $54,757.20 |
|---|---|---|---|
| | | | + undetermined amounts |

TERRACON CONSULTANTS INC
18001 W 106TH ST SUITE 300
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.376 | **Nonpriority creditor's name and mailing address** | | $864,993.69 |
|---|---|---|---|
| | | | + undetermined amounts |

TEYMA CONSTRUCTION USA, LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.377** | **Nonpriority creditor's name and mailing address** | $3,522,621.03
+ undetermined amounts

TEYMA & ABENER ENGINEERING AND CONSTRUCTION
SERVICES GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.378** | **Nonpriority creditor's name and mailing address** | $22,065.74

TEYMA USA & ABENER ENGINEERING AND CONSTRUCTION
SERVICES GENERAL PARTNERSHIP
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.379** | **Nonpriority creditor's name and mailing address** | $2,526,675.96
+ undetermined amounts

THE CALVERT COMPANY
120 AZTEC DRIVE
RICHLAND, MS 39218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.380** | **Nonpriority creditor's name and mailing address** | $Undetermined

THE CALVERT COMPANY INC. (DBA AZZ)
120 AZTEC DR
RICHLAND, MS 39218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.381** | **Nonpriority creditor's name and mailing address** | $12,364.39
+ undetermined amounts

TOTAL OFFICE CONCEPT, INC.
401 SOUTH NINTH AVENUE
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.382 | **Nonpriority creditor's name and mailing address** | | $60,186.98 |
|---|---|---|---|
| | | | + undetermined amounts |

TRANSGLOBAL ENERGY
SUITE 501 2450 ATLANTA HIGHWAY
CUMMING ATLANTA, GA 30040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

TRANSGLOBAL ENERGY, INC.
ALEX MITCHELL LAW OFFICE P.A.
ALEXANDER B. MITCHELL, II
5838 W. 21ST STREET NORTH, SUITE 100
WICHITA, KS 67205 PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | | $5,503.07 |
|---|---|---|---|
| | | | + undetermined amounts |

TRES RIOS CONSULTING ENGINEERS, INC
4820 E MCDOWELL ROAD, SUITE 101
PHOENIX, AZ 85008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | | $6,740.10 |
|---|---|---|---|
| | | | + undetermined amounts |

TRI STAR INDUSTRIAL COMPANY LLC
1645 W BUCKEYE RD
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | | $1,677.52 |
|---|---|---|---|
| | | | + undetermined amounts |

TRI STAR INDUSTRIAL COMPANY LLC
1645 W BUCKEYE RD
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.387** | **Nonpriority creditor's name and mailing address** | $Undetermined

TURBO FILTRATION LLC
1490 TELEGRAPH RD
MOBILE, AL 36610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.388** | **Nonpriority creditor's name and mailing address** | $122,338.00
| | + undetermined amounts

TURBO FILTRATION, LLC
1490 TELEGRAPH ROAD
MOBILE, AL 36610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.389** | **Nonpriority creditor's name and mailing address** | $156,975.59
| | + undetermined amounts

TURNER INDUSTRIES GROUP LLC
8687 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.390** | **Nonpriority creditor's name and mailing address** | $Undetermined

TUSA INC. (DBA: STATE SUPPLY)
EVANS & MULLINIX, P.A.
7225 RENNER ROAD, SUITE 200
SHAWNEE, KS 66217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.391** | **Nonpriority creditor's name and mailing address** | $179,993.93
| | + undetermined amounts

UNITED RENTALS - RSC EQUIPMENT
1429 NORTH PINAL AVE
CASA GRANDE, AZ 85122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392** **Nonpriority creditor's name and mailing address**

$2,589.40
+ undetermined amounts

UNITED RENTALS, INC.
2358 N. 1ST STREET
HERMISTON, OR 97838

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.393** **Nonpriority creditor's name and mailing address**

$923,087.66
+ undetermined amounts

UNITED RENTALS, INC.
2358 N. 1ST STREET
HERMISTON, OR 97838

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.394** **Nonpriority creditor's name and mailing address**

$273.25
+ undetermined amounts

UNIVAR USA
3320 S COUNCIL RD
OKLAHOMA CITY, OK 73179

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.395** **Nonpriority creditor's name and mailing address**

$773,233.59
+ undetermined amounts

UNIVAR USA
3320 S COUNCIL RD
OKLAHOMA CITY, OK 73179

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.396** **Nonpriority creditor's name and mailing address**

$5,277.58
+ undetermined amounts

VALENTE ENT DBA VAL TECH MANUFACTUR
1034 W.23RD ST
TEMPE, AZ 85282

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
_____
          Name

Case number *(if known)*  16-10800
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.397** | **Nonpriority creditor's name and mailing address** | $141,309.41
+ undetermined amounts

VALMONT INDUSTRIES, INC.
ONE VALMONT PLAZA - 5TH FLOOR
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.398** | **Nonpriority creditor's name and mailing address** | $440,558.82
+ undetermined amounts

VEOLIA WATER TECHNOLOGIES, INC
913 INDUSTRIAL PARK DRIVE
VANDALIA, OH 45377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.399** | **Nonpriority creditor's name and mailing address** | $Undetermined

VEOLIA WATER TECHNOLOGIES, INC. AKA BIOTHANE
PEPPER HAMILTON LLP
ANN B. GRAFF
500 GRANT STREET, SUITE 500
PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Litigation Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.400** | **Nonpriority creditor's name and mailing address** | $832,879.77
+ undetermined amounts

VISTA ENERGY
20525 74TH DR SE
SNOHOMISH, WA 98296

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.401** | **Nonpriority creditor's name and mailing address** | $Undetermined

VISTA ENERGY
JEFFREY D. LEOANRD, TYLER HEFFRON, TRIPLETT, WOOLF & GARRETSON LLC
2959 NORTH ROCK ROAD, SUITE 300
WICHITA, KS 67226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.402 | **Nonpriority creditor's name and mailing address** | $581.00 |
| | | + undetermined amounts |

VOGELBUSCH USA, INC.
1810 SNAKE RIVER RD STE A
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.403 | **Nonpriority creditor's name and mailing address** | $4,148.26 |
| | | + undetermined amounts |

W. LAY INC
PO BOX 20744
PHOENIX, AZ 85036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.404 | **Nonpriority creditor's name and mailing address** | $Undetermined |

W.I. CONSTRUCTION
18122 HULDEN RD
ARLINGTON, OR 97812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address** | $49,049.63 |
| | | + undetermined amounts |

W.I. CONSTRUCTION INC.
18122 HULDEN RD
ARLINGTON, OR 97812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.406 | **Nonpriority creditor's name and mailing address** | $43,245.00 |
| | | + undetermined amounts |

WALTEK 11, INCORPORATED
2301 N COMMERCIAL AVENUE
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor      Teyma Construction USA, LLC
            _____
            Name

Case number *(if known)* 16-10800

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.407 | **Nonpriority creditor's name and mailing address** | | $12,045.54 |
|-------|--------|--------|--------|

WEINBERGER WASTE DISPOSAL
3425 S. 43 RD AVENUE,
PHOENIX, AZ 85009

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | | $24,295.54 |
|-------|--------|--------|--------|

WEST SALEM MACHINERY COMPANY, INC.
664 MULARK AVE. NW
SALEM, OR 97302

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | | $853,051.17 |
|-------|--------|--------|--------|

WESTERN OILFIELDS SUPPLY COMPANY
5101 OFFICE PARK DRIVE
BAKERSFIELD, CA 93309

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | | $1,133.22 |
|-------|--------|--------|--------|

WESTERN TECHNOLOGIES INC
E. BROADWAY ROAD
PHOENIX, AZ 85040

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | | $65.96 |
|-------|--------|--------|--------|

WESTERN TECHNOLOGIES INC.
EAST BROADWAY ROAD 3737
PHOENIX, AZ 85040

+ undetermined amounts

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Vendor - Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.412** **Nonpriority creditor's name and mailing address**                                      $875.00
                                                                                    + undetermined amounts

WICHITA TRAILER, INC.
335 E 49TH ST N                          **As of the petition filing date, the claim is:**
PARK CITY, KS 67219                      *Check all that apply.*

                                         ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**            **Is the claim subject to offset?**

**Last 4 digits of account number**            ☒ No
                                               ☐ Yes

---

**3.413** **Nonpriority creditor's name and mailing address**                                    $9,790.00
                                                                                    + undetermined amounts

WIGEN WATER TECHNOLOGIES
302 LAKE HAZELTINE                        **As of the petition filing date, the claim is:**
CHASKA, MN 55318                          *Check all that apply.*

                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**            **Is the claim subject to offset?**

**Last 4 digits of account number**            ☒ No
                                               ☐ Yes

---

**3.414** **Nonpriority creditor's name and mailing address**                                 $Undetermined

WILLIAM KISER & KELLY KISER, PLAINTIFFS
C/O BREYER LAW OFFICES, MARK BREYER & BRIAN FAWBER    **As of the petition filing date, the claim is:**
3840 E. RAY ROAD                          *Check all that apply.*
PHOENIX, AZ 85044
                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Potential Litigation Claim

**Date or dates debt was incurred**            **Is the claim subject to offset?**

**Last 4 digits of account number**            ☒ No
                                               ☐ Yes

---

**3.415** **Nonpriority creditor's name and mailing address**                                   $96,161.12
                                                                                    + undetermined amounts

WINROC - SPI
525 STARBROOK                             **As of the petition filing date, the claim is:**
COURTLNORMAN, OK 73072                    *Check all that apply.*

                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**            **Is the claim subject to offset?**

**Last 4 digits of account number**            ☒ No
                                               ☐ Yes

---

**3.416** **Nonpriority creditor's name and mailing address**                                   $10,047.81
                                                                                    + undetermined amounts

WORLD ELECTRIC SUPPLY INC.
2151 BLOUNT ROAD                          **As of the petition filing date, the claim is:**
POMPANO BEACH, FL 33069                   *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**            **Is the claim subject to offset?**

**Last 4 digits of account number**            ☒ No
                                               ☐ Yes

---

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* 16-10800 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.417** | **Nonpriority creditor's name and mailing address** | $18,905.20
+ undetermined amounts

WORLD ELECTRIC SUPPLY INC.
2151 BLOUNT ROAD
POMPANO BEACH, FL 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.418** | **Nonpriority creditor's name and mailing address** | $Undetermined

WORLD ELECTRIC SUPPLY, INC.
THE BARTHET FIRM
ALEX BARTHET, ESQ.
200 SOUTH BISCAYNE BLVD., STE 1800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.419** | **Nonpriority creditor's name and mailing address** | $90,000.00
+ undetermined amounts

WRAP UP INSURANCE SOLUTIONS
SUITE 100 16141 SWINGLEY RIDGE ROAD
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Vendor - Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.420** | **Nonpriority creditor's name and mailing address** | $Undetermined

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Hugoton - Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.421** | **Nonpriority creditor's name and mailing address** | $Undetermined

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of Solana - Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma Construction USA, LLC
_____
Name

Case number *(if known)*  16-10800
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.422 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential liability as general partner of AAT - Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.423 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Teyma Construction USA, LLC
         _____   Case number (if known) 16-10800
         Name

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 607,435.18 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 12,153,687,323.64 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 12,154,294,758.82 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                    (State)

Case number (if known):  16-10800

X ☐ Check if this is an
       amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.2 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.3 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.4 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.5 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.6 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.8 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.9 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.10 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.11 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.12 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.13 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.14 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.15 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.16 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.17 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Abeinsa Business Development Corp. | | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.19 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.20 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.22 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.23 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.24 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.25 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.26 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.27 | Abeinsa Ingenieria y Construccion S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.28 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.30 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.31 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.32 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.33 | Abener Engineering and Construction Services, LLC | 16150 MAIN CIRCLE DRIVE STE 400 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.34 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.35 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.36 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.37 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.38 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.39 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|--------|------------------------------|---------------------------|----------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.41 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.42 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.43 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.44 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.45 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.46 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.47 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.48 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.49 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.50 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number (if known) | 16-10800 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.52 | Abengoa Bioenergia, S.A. | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.53 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.54 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.55 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.56 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.57 | Abengoa Solar Industrial Systems LLC | | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.58 | Abengoa Solar Industrial Systems LLC | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.59 | Abengoa Solar S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLA, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.60 | Abengoa Solar, LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.61 | Abengoa Solar, LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma Construction USA, LLC | Case number *(if known)* | 16-10800 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.63 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.64 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.65 | Abengoa Transmission & Infraestracture, ULC. | | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.66 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.67 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.68 | Abengoa Water Holding USA | | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.69 | Abengoa Water Holding USA | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.70 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.71 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.72 | Abengoa, S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

Debtor   Teyma Construction USA, LLC
_____
Name

Case number (if known)   16-10800
_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.73 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.74 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.75 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.76 | Teyma USA & Abener Engineering and Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.77 | Teyma USA & Abener Engineering and Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.78 | Teyma USA & Abener Engineering and Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.79 | Teyma USA & Abener Engineering and Construction Services General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

Official Form 206H

**Schedule H: Codebtors**

Page 8 of 8

Fill in this information to identify the case and this filing:

Debtor Name  Teyma Construction USA, LLC

United States Bankruptcy Court for the: _____  District of: Delaware
                                                                        (State)

Case number (*If known*): 16-10800

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☒  Amended *Schedule:* AB, EF, H

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/2/2016            X _____
                MM /DD/ YYYY              Signature of individual signing on behalf of debtor

                                          Sebastian Felicetti
                                          Printed name

                                          Authorized Signatory
                                          Position or relationship to debtor